ORIGINAL

FILED
SEP 26 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | |
|---|---|
| **SERCO INC.,** | ) |
| **Plaintiff,** | ) |
| **v.** | ) |
| **THE UNITED STATES,** | ) |
| **Defendant.** | ) |

No. 07-691 C

Judge ____________

**DISCLOSURE STATEMENT UNDER RCFC 7.1**

Pursuant to Rule 7.1 of the Rules of the Court of Federal Claims, Plaintiff Serco Inc., discloses that (1) its corporate parent is Serco Group plc, a United Kingdom publicly-traded corporation and (2) no other publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

Joseph J. Petrillo, Esq.
**PETRILLO & POWELL, PLLC**
5335 Wisconsin Ave., Suite 440
Washington, DC 20015
(202) 887-0405
(202) 478-1656 fax
jp@petrillopowell.com

Counsel of Record for Plaintiff
Serco Inc.

Dated: September 26, 2007

**CERTIFICATE OF SERVICE**

Counsel to Plaintiff certifies that on this 26th day of September, 2007, he caused a copy of this Disclosure Statement under RCFC 7.1 , to be served by email or facsimile upon:

Scott Austin, Esq.
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530
202-305-7643 (fax)
scott.austin@usdoj.gov

Joseph J. Petrillo