ORIGINAL

FILED
SEP 26 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | |
|---|---|
| **SERCO INC.,** **Plaintiff,** v. **THE UNITED STATES,** **Defendant.** | No. 07-691 C<br>Judge ____________ |

**MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Appendix C, ¶ 4 of the Rules of the Court of Federal Claims, Plaintiff Serco Inc., requests leave of the Court to file its Complaint in this action under seal. The Complaint contains confidential and proprietary business information relating to Plaintiff and its proposal under the solicitation at issue. It also contains information about the Government's source selection process disclosed to Plaintiff in its debriefing. In accordance with Appendix C, ¶ 6, Plaintiff is filing simultaneously a redacted copy of the Complaint. After conferring with Defendant's counsel, Plaintiff will move for the issuance of a protective order (Form 8).

Respectfully submitted,

Joseph J. Petrillo, Esq.
**PETRILLO & POWELL, PLLC**
5335 Wisconsin Ave., Suite 440
Washington, DC 20015
(202) 887-0405
(202) 478-1656 fax
jp@petrillopowell.com

Counsel of Record for Plaintiff
Serco Inc.

Dated: September 26, 2007

Of Counsel:

Karen D. Powell, Esq.
**PETRILLO & POWELL, PLLC**
5335 Wisconsin Ave., Suite 440
Washington, DC 20015
(202) 887-0405
(202) 478-1656 fax
kdp@petrillopowell.com

## CERTIFICATE OF SERVICE

Counsel to Plaintiff certifies that on this 26 day of September, 2007, he caused a copy of this Motion for Leave to File under Seal, and the Redacted Complaint, to be served by email or facsimile upon:

Scott Austin, Esq.
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530
202-305-7643 (fax)
scott.austin@usdoj.gov

Joseph J. Petrillo