**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| SERCO, INC., Plaintiff, | ) | |
| v. | ) | Civil Action No. 07-00691 C (Judge Allegra) |
| THE UNITED STATES, Defendant. | ) | |

**UNOPPOSED MOTION BY INTERNATIONAL BUSINESS MACHINES CORPORATION TO INTERVENE AS DEFENDANT AND MOTION FOR LEAVE TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT ON SAME DATE AS DEFENDANT UNITED STATES**

Pursuant to Rule 24 of the Rules of the United States Court of Federal Claims, International Business Machines Corporation ("IBM") seeks permission to intervene as a party defendant in this action. The United States consents to this motion. Plaintiff does not consent but takes no position on this motion. IBM also moves for an order setting the deadline for IBM's response to the Complaint on the same date that the Government's response is due.

This is a bid protest challenging a multiple award contract by the General Services Administration. IBM is an awardee of one such contract and therefore has a direct interest in the outcome of this case. This Court routinely allows contract awardees to intervene as party-defendants in bid protests. *JWK International Corp.*

*v. United States*, 49 Fed. Cl. 371, 385 (2001), *aff'd*, 279 F.3d 983 (Fed. Cir. 2001); *Dubinsky v. United States*, 43 Fed. Cl. 243, 252 (1999); *Candle Corp. v. United States*, 40 Fed. Cl. 658, 662 (1998); *GraphicData, LLC v. United States*, 37 Fed. Cl. 771, 777 (1997).

IBM has a right to intervene under Rule 24(a), which states that a person may intervene as a matter of right when:

> the applicant claims an interest relating to the property or transaction which is the subject of the action and the applicant is so situated that the disposition of the action may as a practical matter impair or impede the applicant's ability to protect that interest, unless the applicant's interest is adequately represented by existing parties.

RCFC 24(a). As an awardee, IBM has important interests at stake in this case, and its disposition clearly could impair those interests. The protester, SERCO, Inc. ("SERCO"), seeks to overturn or re-open the awards, including that to IBM. IBM has an interest in preserving its right to perform the contract and earn benefits accruing from that performance.

IBM's interests are not adequately represented by the Government. The Government's interest in defending bid protests typically includes preserving the discretion of agency officials and enabling itself to proceed with procurements without undue delay. IBM's interest is to preserve its ability to perform.

Alternatively, IBM moves for permissive intervention under Rule 24(b)(2), as (1) IBM's motion was timely filed two business days after the Complaint was filed; (2) IBM's "claim or defense and the main action have a question of law or fact in

common;" and (3) IBM's intervention will not unduly delay or prejudice the adjudication of the action. RCFC 24(b)(2).

IBM also respectfully requests that the Court allow it to answer or otherwise respond to the Complaint no later than the deadline for the Government's response. Rule 24(c) requires that a person desiring to intervene shall accompany its motion to intervene with a pleading setting forth the claim or defense for which intervention is sought. However, this motion is being submitted two business days after the Complaint was filed, and IBM did not receive a redacted version of the complaint until today. Therefore, IBM has not had time yet to develop information to prepare an Answer.

WHEREFORE, IBM moves that it be permitted to intervene as a party-defendant in this action and that IBM's deadline for responding to the Complaint be extended to the date that the Government's response is due.

Respectfully submitted,

/s/
Thomas P. Humphrey, Esq.
Counsel of Record
Elizabeth W. Newsom, Esq.
Brian T. McLaughlin, Esq.
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel. (202) 624-2633
Fax (202) 628-5116

Counsel for IBM

Dated: September 27, 2007

**CERTIFICATE OF FILING**

I hereby certify that on the 27th day of September, 2007, a copy of the foregoing Motion by International Business Machines Corporation to Intervene as Defendant and Motion for Leave to File Answer or Otherwise Respond to Complaint on Same Date as Defendant United States was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/

Thomas P. Humphrey, Esq.

DCIWDMS: 4221423_1