IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SERCO, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-691-C |
| | ) | (Judge Francis Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**Motion to Intervene By Indus Corporation**

Indus Corporation ("Indus"), by and through its undersigned counsel, moves this court for leave to intervene as a Defendant in this action. Indus is an awardee under the procurement presently under protest. As the Awardee in this disputed contract award, Indus is an interested party to the litigation and should be permitted to intervene.

Under this Court's rules, Indus has a right to intervene where "the applicant claims an interest relating to the property or transaction which is the subject of the action and the applicant is so situated that the disposition of the action may as a practical matter impair or impede the applicant's ability to protect that interest, unless the applicant's interest is adequately represented by existing parties." RCFC 24(a). The litigation of SERCO's claims in the absence of Indus as a party could prejudice Indus's right to a full and open hearing of its legal arguments and defenses relating to this procurement. Permitting Indus to intervene will not unduly delay or prejudice

this proceeding. The proceeding was just filed and the Court's scheduling conference has not yet been held. Indus agrees that it will follow the Court's schedule without delay.

For all of the forgoing reasons, Indus should be permitted to intervene in the above captioned matter.

Respectfully Submitted,

/s/

William T. Welch (Counsel of Record)
Barton, Baker, McMahon & Tolle, LLP
1320 Old Chain Bridge Road, Suite 440
McLean, VA 22101
(703) 448-1810 tele
(703) 448-3336 fax

Dated: September 28, 2007

of Counsel:
John R. Tolle
Barton, Baker, McMahon & Tolle, LLP
1320 Old Chain Bridge Road, Suite 440
McLean, VA 22101