# In The United States Court of Federal Claims

No. 07-691C

(Filed: October 1, 2007)

SERCO INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

INDUS CORPORATION,

Defendant-Intervenor

and

ELECTRONIC DATA SYSTEMS CORPORATION,

Defendant-Intervenor

and

INTERNATIONAL BUSINESS MACHINES CORPORATION,

Defendant-Intervenor.

**ORDER**

On September 26, 2007, plaintiff filed its complaint in this case. On September 28, 2007, a preliminary telephonic status conference was held to discuss proceedings in this bid protest matter. Participating in the conference were Joseph Petrillo, on behalf of plaintiff; Kyle Chadwick, on behalf of defendant; Willaim T. Welch, on behalf of defendant-intervenor Indus Corporation; Daniel R. Forman, on behalf of defendant-intervenor Electronic Data Systems

Corp.; and Thomas P. Humphery and Elizabeth W. Newsom, for defendant-intervenor International Business Machines Corp.

During the status conference, the court adopted the following schedule for the resolution of plaintiff's complaint:

1. On or before October 2, 2007, plaintiff shall file a proposed protective order, stating which parties agree with this proposed order;

2. On or before October 3, 2007, defendant and/or defendant-intervenors shall file any opposition and specific red-lines to plaintiff's proposed protective order;

3. On or before October 9, 2007, defendant shall file a CD-ROM version of the administrative record, which shall be contained in a single, tabbed PDF file; defendant shall effectuate same-day service of this CD-ROM to plaintiff and defendant-intervenors;

4. On or before October 12, 2007, plaintiff and defendant-intervenors shall file their designation of additional documents that were before the agency that should be added to the administrative record and, if necessary, a motion to supplement the record regarding documents that were not before the agency;

5. On or before October 17, 2007, by 5:30 p.m. (EST) defendant shall produce the additional-designated agency materials, as well as any other materials that the court orders be produced under the motion(s) to supplement the record;

6. On or before October 29, 2007, plaintiff shall file its motion for judgment on the administrative record;

7. On or before November 15, 2007, defendant and defendant-intervenors shall file their cross-motions for judgment on the administrative record and their responses to plaintiff's motion;

8. On or before December 3, 2007, plaintiff shall file its response to defendant's and defendant-intervenors' motions and its reply in support of its motion for judgment on the administrative record;

9. On or before December 11, 2007, defendant and defendant-intervenors shall file their replies in support of their cross-motions for judgment on the administrative record; and

10. Oral argument on these motions will be held on Friday, December 14, 2007, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place NW, Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of oral argument.

Defendant and defendant-intervenor shall not be required to file responses to the complaint in this matter.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge