**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | |
|---|---|
| **SERCO INC.,** <br> **Plaintiff,** <br> **v.** <br> **THE UNITED STATES,** <br> **Defendant,** <br> **and** <br> **INDUS CORPORATION,** <br> **Defendant-Intervenor** <br> **and** <br> **ELECTRONIC DATA SYSTEMS CORPORATION,** <br> **Defendant-Intervenor** <br> **and** <br> **INTERNATIONAL BUSINESS MACHINES CORPORATION,** <br> **Defendant-Intervenor** | No.1:07-CV-00691-FMA <br> Judge Allegra |

**PLAINTIFF'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER**

As discussed in the September 28, 2007 status conference, Plaintiff moves, in accordance with Appendix C of the Rules of the Court of Federal Claims, for a protective order to safeguard competition sensitive, proprietary,

and confidential information in this action. The proposed order, attached to this motion, is substantially the same as Form 8 in the Court's Rules, with the addition of paragraph 2(d) that admits certain named counsel to access to protected information under the order. The proposed order has been reviewed and is acceptable to counsel for Defendant United States, and Defendant-Intervenors Indus Corporation, Electronic Data Systems Corporation, and International Business Machines Corporation.

Respectfully submitted,

s/ Joseph J. Petrillo, Esq.

**PETRILLO & POWELL, PLLC**
5335 Wisconsin Ave., Suite 440
Washington, DC 20015
(202) 887-0405
(202) 478-1656 fax
jp@petrillopowell.com

Counsel of Record for Plaintiff
Serco Inc.

Dated: October 2, 2007

Of Counsel:

Karen D. Powell, Esq.
**PETRILLO & POWELL, PLLC**
5335 Wisconsin Ave., Suite 440
Washington, DC 20015
(202) 887-0405
(202) 478-1656 fax
kdp@petrillopowell.com