IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SERCO INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>INDUS CORPORATION,<br><br>Defendant-Intervenor<br><br>and<br><br>ELECTRONIC DATA SYSTEMS CORPORATION,<br><br>Defendant-Intervenor<br><br>and<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant-Intervenor. | ) | BID PROTEST<br>No. 07-691C<br>(Judge Allegra) |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of John J. Todor as an attorney to be noticed for the United States via the Court's electronic filing system.

s/ John J. Todor
JOHN J. TODOR
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch

1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel.: (202) 616-2382
Fax: (202) 514-8640

October 9, 2007

CERTIFICATE OF FILING

I hereby certify that on October 9, 2007, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John J. Todor