IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SERCO INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>INDUS CORPORATION,<br><br>Defendant-Intervenor<br><br>and<br><br>ELECTRONIC DATA SYSTEMS CORPORATION,<br><br>Defendant-Intervenor<br><br>and<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant-Intervenor. | BID PROTEST<br>No. 07-691C<br>(Judge Allegra) |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD UNDER SEAL**

Pursuant to Paragraph 21 of Appendix C to the Rules of the United States Court of Federal Claims; the Court's October 1, 2007, scheduling order; and the protective order entered on October 4, 2007, defendant, the United States, respectfully files the administrative record, under seal, on the accompanying CD-ROM. Consistent with the Court's instructions during the telephonic status conference on September 28, 2007, we understand the Court's October 1 order to have waived the requirements to file or serve paper copies of the administrative record.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Phone: (202) 616-0476
Fax: (202) 305-7644
E-mail: kyle.chadwick@usdoj.gov

Attorneys for Defendant

OF COUNSEL:
JOHN J. TODOR
Trial Attorney

MICHAEL J. ETTNER
Senior Assistant General Counsel
Personal Property Division
Office of General Counsel
General Services Administration

October 9, 2007

CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, this document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick