IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SERCO INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>INDUS CORPORATION,<br><br>Defendant-Intervenor<br><br>and<br><br>ELECTRONIC DATA SYSTEMS CORPORATION,<br><br>Defendant-Intervenor<br><br>and<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant-Intervenor. | BID PROTEST<br>No. 07-691C<br>(Judge Allegra) |

**NOTICE OF FILING OF SUPPLEMENT TO ADMINISTRATIVE RECORD UNDER SEAL**

Pursuant to Paragraph 21 of Appendix C to the Rules of the United States Court of Federal Claims; the Court's October 1, 2007, scheduling order; and the protective order entered on October 4, 2007, defendant, the United States, respectfully files this supplement to the administrative record, under seal, on the accompanying CD-ROM. The attached materials are responsive to plaintiff's designation of additional documents for the administrative record, filed

with the Court on October 12, 2007. Consistent with the Court's instructions during the telephonic status conference on September 28, 2007, we understand the Court's October 1 order to have waived the requirements to file or serve paper copies of the administrative record.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Kyle Chadwick by John J. Todor
KYLE CHADWICK
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Phone: (202) 616-0476
Fax: (202) 305-7644
E-mail: kyle.chadwick@usdoj.gov

Attorneys for Defendant

OF COUNSEL:
JOHN J. TODOR
Trial Attorney

MICHAEL J. ETTNER
Senior Assistant General Counsel
Personal Property Division
Office of General Counsel
General Services Administration

October 17, 2007

CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2007, this document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kyle Chadwick by John J. Todor