# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## Bid Protest

| | |
|---|---|
| **SERCO, INC.**<br><br>**Plaintiff,**<br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant,**<br><br>**and**<br><br>**INDUS CORPORATION,**<br><br>**Defendant-Intervenor,**<br><br>**and**<br><br>**ELECTRONIC DATA SYSTEMS CORPORATION,**<br><br>**Defendant-Intervenor,**<br><br>**and**<br><br>**INTERNATIONAL BUSINESS MACHINES CORPORATION,**<br><br>**Defendant-Intervenor.** | **No. 07-691C**<br>**Judge Allegra** |

**UNOPPOSED MOTION TO INTERVENE OF GENERAL DYNAMICS ONE SOURCE, LLC**

Pursuant to Rule 24(a)(2) of Rules of the United States Court of Federal Claims ("RCFC"), General Dynamics One Source, LLC ("GD") moves to intervene in the above-captioned case. GD seeks to intervene to defend its award of one contract under the multiple

award contract that resulted from General Services Administration ("GSA") solicitation number TQ2006MCB0001.

Counsel for GD has conferred with Plaintiff, Defendant, and Defendant-Intervenors. We are authorized to represent that none of the parties involved opposes granting this motion.

Respectfully submitted,

s/ David A. Churchill

David A. Churchill
JENNER & BLOCK, LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC. 20005
Telephone: (202) 639-6056
Facsimile: (202) 637-6365

Counsel of Record for Intervenor,
General Dynamics One Source, LLC

*Of Counsel:*
W. Jay DeVecchio
Kevin C. Dwyer
JENNER & BLOCK, LLP

Dated: October 18, 2007