# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

| | | |
|---|---|---|
| **SERCO, INC.** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 07-691C** |
| | ) | **Judge Allegra** |
| **THE UNITED STATES,** | ) | |
| **Defendant,** | ) | |
| **and** | ) | |
| **INDUS CORPORATION,** | ) | |
| **Defendant-Intervenor,** | ) | |
| **and** | ) | |
| **ELECTRONIC DATA SYSTEMS CORPORATION,** | ) | |
| **Defendant-Intervenor,** | ) | |
| **and** | ) | |
| **INTERNATIONAL BUSINESS MACHINES CORPORATION,** | ) | |
| **Defendant-Intervenor.** | ) | |

**CORPORATE DISCLOSURE STATEMENT OF INTERVENOR, GENERAL DYNAMICS ONE SOURCE, LLC**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, the undersigned counsel certifies that General Dynamics One Source is an LLC with member

companies General Dynamics Information Technology, Inc., General Dynamics Advanced Information Systems, Inc., General Dynamics C4 Systems, Inc., Signal Solutions, Inc., FC Business Systems, LLC and Itronix Corporation. All listed companies are wholly owned by General Dynamics Corporation, a publicly held company.

Respectfully submitted,

s/ David A. Churchill

David A. Churchill
JENNER & BLOCK, LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC. 20005
Telephone: (202) 639-6056
Facsimile: (202) 637-6365

Counsel of Record for Intervenor,
General Dynamics One Source, LLC

*Of Counsel:*
W. Jay DeVecchio
Kevin C. Dwyer
JENNER & BLOCK, LLP

Dated: October 18, 2007