# In The United States Court of Federal Claims

No. 07-691C

(Filed: October 18, 2007)

---

SERCO INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

INDUS CORPORATION,

Defendant-Intervenor

and

ELECTRONIC DATA SYSTEMS CORPORATION,

Defendant-Intervenor

and

INTERNATIONAL BUSINESS MACHINES CORPORATION,

Defendant-Intervenor,

and

GENERAL DYNAMICS ONE SOURCE, LLC,

Defendant-Intervenor.

---

**ORDER**

---

A telephonic status conference will be held in this case on Friday, October 19, 2007, at 3:00 p.m. (EDT). Sprint conferencing service will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge