# In The United States Court of Federal Claims

Nos. 07-691C, 07-732C

(Filed: October 22, 2007)

SERCO INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

INDUS CORPORATION,

Defendant-Intervenor,

and

ELECTRONIC DATA SYSTEMS CORPORATION,

Defendant-Intervenor,

and

INTERNATIONAL BUSINESS MACHINES CORPORATION,

Defendant-Intervenor,

and

GENERAL DYNAMICS ONE SOURCE, LLC,

Defendant-Intervenor.

**ORDER**

On September 26, 2007, plaintiff filed its complaint in this case. On October 19, 2007, a telephonic joint status conference was held to discuss consolidating this case with *Stanley Assoc., Inc. v. United States,* No. 07-732C. The parties agreed that the cases should be consolidated and that the previous briefing schedule should be modified. Participating in the conference were Joseph Petrillo, on behalf of plaintiff, Serco Inc.; Susan Leslie Schor, on behalf of plaintiff, Stanley Assoc., Inc.; John Jacob Todor on behalf of defendant; William T. Welch, on behalf of defendant-intervenor, Indus Corporation; Daniel R. Forman, on behalf of defendant-intervenor, Electronic Data Systems Corp.; Thomas P. Humphery, for defendant-intervenor, International Business Machines Corp.; and Kevin Dwyer for defendant-intervenor, General Dynamics One Source, LLC. By order this day, the court has consolidated actions Nos. 07-691C and 07-732C.

During the joint status conference, the court adopted the following schedule for the resolution of plaintiffs' complaints:

1. On or before October 25, 2007, defendant shall file a CD-ROM version of the supplemental administrative record, containing documents relating to case No. 07-732C, which shall be contained in a single, tabbed PDF file, numbered consecutively; defendant shall effectuate same-day service of this CD-ROM to the other parties;

2. On or before October 26, 2007, C.O.B, plaintiff, Stanley Assoc., Inc., shall file its designation of additional documents that were before the agency that should be added to the administrative record and, if necessary, a motion to supplement the record regarding documents that were not before the agency;

3. On or before October 30, 2007, by 5:30 p.m. (EST) defendant shall produce the additional-designated agency materials, as well as any other materials that the court orders be produced under the motion(s) to supplement the record;

4. On or before November 13, 2007, plaintiffs shall file their motions for judgment on the administrative record;

5. On or before December 3, 2007, defendant and defendant-intervenors shall file their cross-motions for judgment on the administrative record and their responses to plaintiffs' motions, which shall not exceed 100 pages in length;

6. On or before December 17, 2007, plaintiffs shall file their responses to defendant's and defendant-intervenors' motions and their replies in support of their motions for judgment on the administrative record, which shall not exceed 100 pages in length;

7. On or before January 2, 2008, defendant and defendant-intervenors shall file their replies in support of their cross-motions for judgment on the administrative record, which shall not exceed 50 pages in length; and

8. Oral argument on these motions will be held on Friday, January 4, 2008, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place NW, Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of oral argument.

Defendant and defendant-intervenor shall not be required to file responses to the complaints in these consolidated cases.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge