# In The United States Court of Federal Claims

Nos. 07-691C, 07-732C

(Filed: October 24, 2007)

---

SERCO INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

INDUS CORPORATION,

Defendant-Intervenor,

and

ELECTRONIC DATA SYSTEMS CORPORATION,

Defendant-Intervenor,

and

INTERNATIONAL BUSINESS MACHINES CORPORATION,

Defendant-Intervenor,

and

GENERAL DYNAMICS ONE SOURCE, LLC,

Defendant-Intervenor.

## ORDER

A telephonic status conference will be held in this case on Friday, October 26, 2007, at 11:00 a.m. (EDT). The parties shall dial-in to participate in this conference call shortly before the scheduled conference time. The dial-in number and ID code for the Sprint conferencing service will be provided to all parties via e-mail.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge