IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| SERCO INC., Plaintiff, v. THE UNITED STATES, Defendant, and INDUS CORPORATION, Defendant-Intervenor, and ELECTRONIC DATA SYSTEMS CORPORATION, Defendant-Intervenor, and INTERNATIONAL BUSINESS MACHINES CORPORATION, Defendant-Intervenor, and GENERAL DYNAMICS ONE SOURCE, LLC, Defendant-Intervenor. | ) | Nos. 07-691C, 07-732C (Judge Allegra) |

**NOTICE OF FILING OF SUPPLEMENT TO ADMINISTRATIVE RECORD UNDER SEAL**

Pursuant to Paragraph 21 of Appendix C to the Rules of the United States Court of Federal Claims; the Court's October 22, 2007, scheduling order; and the protective orders entered on October 4, 2007, and October 22, 2007, defendant, the United States, respectfully files this supplement to the administrative record, under seal, on the accompanying CD-ROM. The attached materials are responsive to the Court's instruction in the October 22, 2007 scheduling order to file the supplemental administrative record, containing documents relating to case No. 07-732C. Consistent with the Court's instructions during the telephonic status conference on October 19, 2007, we understand the Court's October 22, 2007 scheduling order to have waived the requirements to file or serve paper copies of the administrative record.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

s/ Kyle Chadwick by John J. Todor
KYLE CHADWICK
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Phone: (202) 616-0476
Fax: (202) 305-7644

OF COUNSEL:
ELIZABETH M. HOSFORD
JOHN J. TODOR
Trial Attorneys

MICHAEL J. ETTNER
Senior Assistant General Counsel
Personal Property Division
Office of General Counsel

General Services Administration

E-mail: kyle.chadwick@usdoj.gov

Attorneys for Defendant

October 25, 2007

CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2007, this document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kyle Chadwick by John J. Todor