# In The United States Court of Federal Claims

Nos. 07-691C, 07-732C, 07-741C, 07-747C

(Filed: October 26, 2007)

SERCO INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

INDUS CORPORATION,

Defendant-Intervenor,

and

ELECTRONIC DATA SYSTEMS CORPORATION,

Defendant-Intervenor,

and

INTERNATIONAL BUSINESS MACHINES CORPORATION,

Defendant-Intervenor,

and

GENERAL DYNAMICS ONE SOURCE, LLC,

Defendant-Intervenor.

**PROTECTIVE ORDER**

On October 22, 2007, the court issued a modified protective order in this consolidated case. That order is hereby extended to two new consolidated cases, Nos. 07-747C and 07-741C. In particular, paragraph 2(d) of the October 22, 2007, protective order is modified to include the following persons, who now are automatically subject to the terms of that order and are entitled to access to protected information, without further action: the following consultants and attorneys who have been retained by CGI Federal, Inc., to represent it in this protest: Patricia H. Wittie, Kathryn E. Swisher, Carla J. Letsche, and Kevin Coy; and the following consultants and attorneys who have been retained by STG, Inc., to represent it in this protest: Gerald H. Werfel and Adrien C. Pickard.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge