# In The United States Court of Federal Claims

Nos. 07-691C, 07-732C, 07-741C, 07-747C

(Filed: October 26, 2007)

SERCO INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

INDUS CORPORATION,

Defendant-Intervenor,

and

ELECTRONIC DATA SYSTEMS CORPORATION,

Defendant-Intervenor,

and

INTERNATIONAL BUSINESS MACHINES CORPORATION,

Defendant-Intervenor,

and

GENERAL DYNAMICS ONE SOURCE, LLC,

Defendant-Intervenor.

**ORDER**

By order this day, the court has consolidated actions Nos. 07-741C and 07-747C with this action for purposes of briefing and decision.

Previously, on October 22, 2007, this court issued a scheduling order for this matter. That scheduling order is hereby modified to include the following provisions:

1. On or before October 30, 2007, 5:30 p.m. (EST), defendant shall file a CD-ROM version of the supplemental administrative record, containing documents relating to cases Nos. 07-741C and 07-747C, which shall be contained in a single, tabbed PDF file, numbered consecutively; defendant shall effectuate same-day service of this CD-ROM to the other parties;

2. On or before October 31, 2007, 5:30 p.m. (EST), plaintiffs, CGI Federal, Inc. and STG, Inc., shall file their designation of additional documents that were before the agency that should be added to the administrative record and, if necessary, motions to supplement the record regarding documents that were not before the agency;

3. On or before November 2, 2007, by 5:30 p.m. (EST), defendant shall produce the additional-designated agency materials, as well as any other materials that the court orders be produced under the motion(s) to supplement the record;

4. On or before November 7, 2007, the plaintiffs shall each file a statement of issues likely to be raised in their motions for judgment on the administrative record; each issue shall be separately numbered and be described in adequate detail to reveal the essential nature of the claims being raised thereunder..

5. The page limitations listed in paragraph 5 and 6 of this court's order of October 22, 2007, shall now be both 120 pages in length.

6. As the status conference conducted this day, the court orally granted motions by the defendant-intervenors to intervene in the two new actions consolidated into this matter; the defendant-intervenors thereby are authorized to participate fully in this consolidated action.

7. Defendant and defendant-intervenor shall not be required to file responses to the new complaints in this consolidated matter.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge