IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SERCO INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>INDUS CORPORATION,<br><br>Defendant-Intervenor,<br><br>and<br><br>ELECTRONIC DATA SYSTEMS CORPORATION,<br><br>Defendant-Intervenor,<br><br>and<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant-Intervenor,<br><br>and<br><br>GENERAL DYNAMICS ONE SOURCE, LLC,<br><br>Defendant-Intervenor. | BID PROTESTS<br>Consolid. Nos. 07-691C, -732C, 741C, -747C<br>(Judge Allegra) |

STANLEY ASSOCIATES, INC., )
)
Plaintiff, )
)
v. )
)
THE UNITED STATES, )
)
Defendant. )

---

CGI FEDERAL, INC., )
)
Plaintiff, )
)
v. )
)
THE UNITED STATES, )
)
Defendant. )

---

STG, INC., )
)
Plaintiff, )
)
v. )
)
THE UNITED STATES, )
)
Defendant. )

---

**DEFENDANT'S NOTICE OF FILING OF ADDITIONAL PORTIONS OF ADMINISTRATIVE RECORD UNDER SEAL, AND MOTION FOR ENLARGEMENTS OF TIME TO COMPLETE FILING OF ADMINISTRATIVE RECORD IN No. 07-732C**

Pursuant to Paragraph 21 of Appendix C to the Rules of the United States Court of Federal Claims ("RCFC"); the Court's scheduling order dated October 26, 2007; and the protective order entered on October 4, 2007, defendant, the United States, respectfully files, on

the accompanying two CD-ROMs, documents from the administrative record relating to case Nos. 07-741C and 07-747C (CGI Federal and STG). Consistent with the Court's instructions during the telephonic status conferences in these consolidated matters, we understand the Court's October 26th order to have waived the requirements to file or serve paper copies of the administrative record.

In case No. 07-732, on October 26, 2007, Stanley Associates designated additional record materials in 20 categories, many of which are considerably broader than those identified by plaintiff Serco Inc. in case No. 07-691C. Despite diligent effort by General Services Administration and Department of Justice personnel, we were unable to compile the materials identified by Stanley for filing and service this evening.

Accordingly, pursuant to RCFC 7(b), we respectfully request enlargements of time. Stanley's category 1 comprises "[c]omplete records of the evaluation[s]" of 18 awardees and four non-awardees (all identified by rank order), "if not already provided." We respectfully request an enlargement of one day, to and including the close of business on October 31, 2007, to serve and file the materials designated by Stanley relating to eight of the awardees.

We further respectfully request an enlargement of two business days, to and including the close of business on November 1, 2002, to serve and file the materials identified by Stanley relating to the other 10 awardees, as well as the materials in Stanley's categories 2 through 20, to the extent such records exist.

Furthermore, because we did not anticipate compiling documents relating to evaluations of non-party non-awardees, which are not typically included in the administrative record, pursuant to RCFC Appendix C.22(n), we respectfully request an enlargement of three days, to

and including the close of business on November 2, 2007, to serve and file those materials designated by Stanley that relate to the four non-awardees, although we will serve and file those materials sooner than November 2, if possible.

Furthermore, Stanley's category 12 comprises "[a]ny and all communications between GSA and any awardee that occurred after submission of proposals but before award." Read literally, this would appear to include, among other things, financial data, including corporate annual reports, securities filings, and the like, that (potential) awardees provided to the Kansas City, Missouri, office of GSA in order for that office to make financial responsibility determinations for the contracting officer before award. As we are unaware of any issues raised by any protestor relating to the financial responsibility of any awardee, we hope that Stanley may agree that it does not wish to receive that financial information. In the event Stanley does not so agree, however, we respectfully request an enlargement of five business days, to and including November 6, 2007, to serve and file that information from the Kansas City office. (Other documents within Stanley's category 12, of which there are very few, can be filed and served tomorrow, October 31, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
JOHN TODOR
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Phone: (202) 616-0476
Fax: (202) 305-7644
E-mail: kyle.chadwick@usdoj.gov

Attorneys for Defendant

:

OF COUNSEL:

MICHAEL J. ETTNER
Senior Assistant General Counsel
Personal Property Division
Office of General Counsel
General Services Administration

October 30, 2007

CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2007, this document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick