# In The United States Court of Federal Claims

Nos. 07-691C, 07-732C, 07-741C and 07-747C

(Filed: October 31, 2007)

---

SERCO INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

INDUS CORPORATION,

Defendant-Intervenor,

and

ELECTRONIC DATA SYSTEMS CORPORATION,

Defendant-Intervenor,

and

INTERNATIONAL BUSINESS MACHINES CORPORATION,

Defendant-Intervenor,

and

GENERAL DYNAMICS ONE SOURCE, LLC,

Defendant-Intervenor.

**ORDER**

On October 22, 2007, this court issued a scheduling order requiring defendant to produce, by 5:30 p.m. on October 30, 2007, additional materials designated by plaintiff, Stanley Assoc., Inc. (Stanley) on October 26, 2007. The latter designation was filed by Stanley on October 26, 2007, requesting 20 categories of items, among which were the evaluations of non-party, non-awardees of the contract in question. Instead of filing the designated items, defendant, on October 30, 2007, filed a motion for an enlargement of time to complete the filing of the administrative record. For the reasons that follow, that motion is hereby **GRANTED**, but only in part.

On October 30, 2007, Stanley then filed a motion to supplement the record seeking the proposals of successful offerors International Business Machines Corp. (IBM) and Electronic Data Systems, Corp. (EDS). This motion represents that defendant does not oppose the motion provided it is allowed until November 2, 2007, to produce these documents.

The court fully understands the timing pressures associated with this case. Nonetheless, the revised schedule proposed by defendant is partially unacceptable in light of the tight briefing schedule that has been established in this case – a schedule that was designed to minimize the disruption of the delivery of the services in question. At the same time, the court is concerned that Stanley has designated materials that are unnecessary to the prosecution of its case.

Accordingly,

1. **Today**, **before 3:00 p.m.**, Stanley shall file a memorandum explaining why it needs access to the evaluations of the non-party, non-awardees listed in paragraph 1 of its October 26, 2007 designation. Defendant shall not be required to produce these evaluations unless the court so orders.

2. **Defendant shall file the remainder of the items requested by Stanley on October 26, 2007, as soon as possible and no later than 5:30 p.m. on November 1, 2007. This deadline will not be extended**.

3. Stanley's motion to supplement the administrative record is hereby **GRANTED**. Defendant shall file a supplement containing the IBM and EDS proposals on or before **November 2, 2007.**

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge