**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | |
|---|---|
| **SERCO INC.,**<br>**Plaintiff,**<br>**v.**<br>**THE UNITED STATES OF AMERICA,**<br>**Defendant,**<br>**and**<br>**INDUS CORPORATION,**<br>**Defendant-Intervenor**<br>**ELECTRONIC DATA SYSTEMS CORPORATION,**<br>**Defendant-Intervenor**<br>**and**<br>**INTERNATIONAL BUSINESS MACHINES CORPORATION,**<br>**Defendant-Intervenor**<br>**and**<br>**GENERAL DYNAMICS ONE SOURCE, LLC,**<br>**Defendant-Intervenor.** | **Case Nos. 07-691C, 07-732C, 07-741C, 07-747C**<br>**(Judge Allegra)** |

**CONSOLIDATED-PLAINTIFF STANLEY ASSOCIATES, INC'S MEMORANDUM CONCERNING DESIGNATION OF ADDITIONAL MATERIALS FOR THE ADMINISTRATIVE RECORD**

In accordance with the Court's Order of October 31, 2007 regarding Consolidated-Plaintiff Stanley Associates, Inc.'s ("Stanley") designation of evaluation

materials of non-awardees/non-parties, counsel for Stanley states that it does not seek access to the evaluation materials of said non-awardees/non-parties and that counsel for Stanley notified counsel for defendant of this fact prior to receipt of the Court's Order, as set forth below.

Stanley's Designation category no. 1 designates materials concerning the evaluation of the technical and price proposals of offerors to whom Stanley was compared, as identified by ranking (but not by name) in GSA's written debriefing of Stanley. *See* AR at 2413. Defendant advised in its October 30, 2007 Notice of Filing of Additional Portions of the Record Under Seal and Motion for Enlargement of Time to Complete Filing of Administrative Record in No. 07-732, that Stanley's designation category no. 1 encompasses information concerning four non-awardees/non-parties, which could not be discerned from Stanley's debriefing (AR at 2413). Stanley did not intend to request evaluation materials concerning non-awardees/non-parties and so advised counsel for defendant by e-mail earlier today. Stanley's counsel also notified counsel for defendant, in the same e-mail, that it does not seek access to GSA's communications with awardees with respect to responsibility determinations, which ostensibly are responsive to Stanley's designation category No. 12. Rather, Stanley seeks only communications between GSA and awardees with respect to their cost and technical proposals.

Respectfully submitted,

/s/

Susan L. Schor D.C. Bar No. 961441
sschor@msadlaw.com
McManus, Schor, Asmar & Darden, L.L.P.
1155 15th Street, N.W., Ninth Floor

Washington, D.C. 20005
202-296-9260
202-659-3732 fax
Counsel of Record for Stanley Associates, Inc.

Dated: October 31, 2007

Of Counsel:
Laurence Schor, D.C. Bar No. 11494
lschor@msadlaw.com
Dennis C. Ehlers, D.C. Bar No. 478721
dehlers@msadlaw.com
McManus, Schor, Asmar & Darden, L.L.P.

CERTIFICATE OF FILING

I hereby certify that on October 31, 2007, a copy of the foregoing Consolidated-Plaintiff Stanley Associates, Inc.'s Memorandum Concerning Designation of Additional Documents for the Administrative Record was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/

Susan L. Schor