IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SERCO INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>INDUS CORPORATION,<br><br>Defendant-Intervenor,<br><br>and<br><br>ELECTRONIC DATA SYSTEMS CORPORATION,<br><br>Defendant-Intervenor,<br><br>and<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant-Intervenor,<br><br>and<br><br>GENERAL DYNAMICS ONE SOURCE, LLC,<br><br>Defendant-Intervenor. | BID PROTESTS<br>Consolid. Nos. 07-691C, -732C, 741C, -747C<br>(Judge Allegra) |

| | |
|---|---|
| STANLEY ASSOCIATES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| CGI FEDERAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| STG, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S NOTICE OF FILING OF ADDITIONAL PORTIONS OF ADMINISTRATIVE RECORD IN No. 07-732C, UNDER SEAL**

Pursuant to Paragraph 21 of Appendix C to the Rules of the United States Court of Federal Claims ("RCFC"); the scheduling order issued by the Court today; and the protective order entered on October 4, 2007, defendant, the United States, respectfully files, under seal, on two CD-ROMs, the documents identified in category 1 of the designations filed in case No. 07-

732C by Stanley Associates, Inc. on October 26, 2007, relating to the awardees ranked 2nd, 16th, 17th, 22nd, 25th (a tie between two offerors), and 31st. We intend to serve and file the documents in Stanley's category 1 relating to the 10 other awardees identified by Stanley, as well as the documents in Stanley's categories 2 through 20, as modified by the memorandum that Stanley filed with the Court earlier today, no later than the close of business tomorrow, November 1, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
JOHN TODOR
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Phone: (202) 616-0476
Fax: (202) 305-7644
E-mail: kyle.chadwick@usdoj.gov

Attorneys for Defendant

:

OF COUNSEL:

MICHAEL J. ETTNER
Senior Assistant General Counsel
Personal Property Division
Office of General Counsel
General Services Administration

October 31, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2007, this document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick