IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SERCO INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>INDUS CORPORATION,<br><br>Defendant-Intervenor,<br><br>and<br><br>ELECTRONIC DATA SYSTEMS CORPORATION,<br><br>Defendant-Intervenor,<br><br>and<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant-Intervenor,<br><br>and<br><br>GENERAL DYNAMICS ONE SOURCE, LLC,<br><br>Defendant-Intervenor. | BID PROTESTS<br>Consolid. Nos. 07-691C, -732C, 741C, -747C<br>(Judge Allegra) |

| | |
|---|---|
| STANLEY ASSOCIATES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| CGI FEDERAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| STG, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S NOTICE OF FILING OF ADDITIONAL**
**PORTIONS OF ADMINISTRATIVE RECORD IN No. 07-732C, UNDER SEAL**

Pursuant to Paragraph 21 of Appendix C to the Rules of the United States Court of Federal Claims ("RCFC"); the scheduling order issued by the Court on October 31, 2007; and the protective order entered on October 4, 2007, defendant, the United States, respectfully files, under seal, on one CD-ROM, the remaining record documents which have been designated in

case No. 07-732C by Stanley Associates, Inc., and were not filed yesterday, October 31, 2007. This concludes our filings of the documents designated by Stanley.

Documents in Stanley's categories 2-4, 7, 9-11, 17, and 19-20 either do not exist, to our knowledge, or were previously filed in this matter. In addition, the documents we have filed in response to Stanley's category 1 include the proposals that were the subject of Stanley's October 30, 2007 motion to supplement the record, which the Court granted on October 31st.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
JOHN TODOR
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Phone: (202) 616-0476
Fax: (202) 305-7644
E-mail: kyle.chadwick@usdoj.gov

Attorneys for Defendant

OF COUNSEL:

MICHAEL J. ETTNER
Senior Assistant General Counsel
Personal Property Division
Office of General Counsel
General Services Administration

November 1, 2007

CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2007, this document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick