# In The United States Court of Federal Claims

Nos. 07-691C, 07-732C, 07-741C, 07-747C, 07-760C, 07-761C, 07-766C

(Filed: November 2, 2007)

---

SERCO INC.,
STANLEY ASSOCIATES INC.,
CGI FEDERAL INC.,
STG, INC.; ARTEL, INC.,
ADVANCED TECHNOLOGY SYSTEMS INC., and
APPTIS INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

and

INDUS CORPORATION,
ELECTRONIC DATA SYSTEMS CORPORATION,
INTERNATIONAL BUSINESS MACHINES CORPORATION, and
GENERAL DYNAMICS ONE SOURCE, LLC,

Defendant-Intervenors.

---

**PROTECTIVE ORDER**

---

On October 26, 2007, the court issued a modified protective order in this consolidated case. That order is hereby extended to three new consolidated cases, 07-760C, 07-761C, 07-766C. In particular, paragraph 2(d) of the October 26, 2007, protective order is modified to include the following persons, who now are automatically subject to the terms of that order and are entitled to access to protected information, without further action: the following consultants and attorneys who have been retained by Advanced Technology Systems, Inc., to represent it in this protest: Richard L. Moorhouse, John G. Stafford, Emily C. Parker, and Sean M. Connolly; the following consultants and attorneys who have been retained by Apptis, Inc., to represent it in this protest: Richard J. Conway, Justin A. Chiarodo, and Austin M. Fulk; the following

consultants and attorneys who have been retained by Artel, Inc., to represent it in this protest: Philip M. Dearborn, III, Pamela J. Mazza, Jonathan T. Williams, Kevin J. Allis, Isaias "Cy" Alba, IV, Jennifer L. Andrews, and Gunjan R. Talati; and the following consultants and attorneys who have been retained by STG, Inc., to represent it in this protest: David G. Fiske and Philip J. Harvey.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge