# In The United States Court of Federal Claims

Nos. 07-691C, 07-732C, 07-741C, 07-747C, 07-760C, 07-761C, 07-766C

(Filed: November 2, 2007)

---

SERCO INC.;
STANLEY ASSOCIATES INC.;
CGI FEDERAL INC.;
STG, INC.; ARTEL, INC.;
ADVANCED TECHNOLOGY SYSTEMS INC.; and
APPTIS INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

and

INDUS CORPORATION;
ELECTRONIC DATA SYSTEMS CORPORATION;
INTERNATIONAL BUSINESS MACHINES CORPORATION; and
GENERAL DYNAMICS ONE SOURCE, LLC,

Defendant-Intervenors.

---

**ORDER**

---

On November 2, 2007, a status conference was held. By order this day, the court has consolidated actions Nos. 07-760C, 07-761C, and 07-766C with this matter for purposes of briefing and decision.

During the joint status conference, the court adopted the following schedule for the resolution of plaintiffs' complaints:

1. On or before November 5, 2007, by 5:30 p.m. (EST) defendant shall file a CD-ROM version of the supplemental administrative record, containing documents relating to cases Nos. 07-760C, 07-761C, and 07-766C, which shall be contained in a single, tabbed PDF file, numbered

consecutively; defendant shall effectuate same-day service of this CD-ROM to the other parties;

2. On or before November 7, 2007, by 5:30 p.m. (EST) plaintiffs, Artel, Inc., Advanced Technology Systems, Inc, and Apptis, Inc., shall file their designations of additional documents that were before the agency that should be added to the administrative record and, if necessary, a motions to supplement the record regarding documents that were not before the agency;

3. On or before November 13, 2007, by 5:30 p.m. (EST) defendant shall produce the additional-designated agency materials, as well as any other materials that the court orders be produced under the motion(s) to supplement the record;

4. On or before November 30, 2007, plaintiffs shall file their motions for judgment on the administrative record;

5. On or before December 21, 2007, defendant and defendant-intervenors shall file their cross-motions for judgment on the administrative record and their responses to plaintiffs' motions, which shall not exceed 150 pages in length;

6. On or before January 11, 2008, plaintiffs shall file their responses to defendant's and defendant-intervenors' motions and their replies in support of their motions for judgment on the administrative record, which shall not exceed 150 pages in length;

7. On or before January 25, 2008, defendant and defendant-intervenors shall file their replies in support of their cross-motions for judgment on the administrative record, which shall not exceed 50 pages in length; and

8. Oral argument on these motions will be held on Monday, February 4, 2008, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place NW, Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of oral argument.

9. On or before one business day following the filing of each of the briefs referenced above, parties shall email chambers a courtesy copy of their briefs, in Word or Word Perfect format, to allegra_chambers@ao.uscourts.gov.

10. At the status conference conducted this day, the court orally granted motions by the defendant-intervenors to intervene in the two new actions consolidated into this matter; the defendant-intervenors thereby are authorized to participate fully in this consolidated action.

11. Defendant and defendant-intervenor shall not be required to file responses to the new complaints in this consolidated matter.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge