IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SERCO INC.; STANLEY ASSOCIATES INC.; CGI FEDERAL INC.; STG, Inc.; ARTEL, INC.; ADVANCED TECHNOLOGY SYSTEMS Inc.; and APPTIS INC., | ) |
| Plaintiffs, | ) |
| v. | ) BID PROTESTS<br>Consolid. Nos. 07-691C, -732C, 741C, -747C,-760C, -761C, -766C<br>(Judge Allegra) |
| THE UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| INDUS CORPORATION; ELECTRONIC DATA SYSTEMS CORPORATION; INTERNATIONAL BUSINESS MACHINES CORPORATION; and GENERAL DYNAMICS ONE SOURCE, LLC, | ) |
| Defendant-Intervenors. | ) |

**DEFENDANT'S NOTICE OF FILING OF ADDITIONAL PORTIONS OF ADMINISTRATIVE RECORD IN Nos. 07-741C AND -747C, UNDER SEAL**

Pursuant to Paragraph 21 of Appendix C to the Rules of the United States Court of Federal Claims ("RCFC"); the scheduling order issued by the Court on October 31, 2007; and the protective order entered on October 4, 2007, defendant, the United States, respectfully files, under seal, the record documents designated by plaintiffs CGI Federal, Inc. and STG, Inc. on October 31, 2007.

Category 8 identified by STG comprises documents that were created by the agency after award (and were not filed with the Government Accountability Office) and are, therefore, not part of the administrative record, as defined by RCFC Appendix C.22 or precedent. E.g., Florida

Power & Light Co. v. Lorion, 470 U.S. at 729, 743-44 (1985). Accordingly, we are not filing any documents in that category. We discussed this issue with counsel for STG, who has agreed that, if STG continues to seek the documents in category 8, it will do so by filing a separate motion with the Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
ELIZABETH HOSFORD
JOHN TODOR
ANUJ VOHRA
Trial Attorneys
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Phone: (202) 616-0476
Fax: (202) 305-7644
E-mail: kyle.chadwick@usdoj.gov

Attorneys for Defendant

OF COUNSEL:
MICHAEL J. ETTNER
Senior Assistant General Counsel
Personal Property Division
Office of General Counsel
General Services Administration

November 2, 2007

CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2007, this document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick