IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SERCO INC.; STANLEY ASSOCIATES INC.; CGI FEDERAL INC.; STG, INC.; ARTEL, INC.; ADVANCED TECHNOLOGY SYSTEMS INC.; and APPTIS INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | BID PROTESTS<br>Consolid. Nos. 07-691C, -732C, 741C, -747C,-760C, -761C, -766C<br>(Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| INDUS CORPORATION; ELECTRONIC DATA SYSTEMS CORPORATION; INTERNATIONAL BUSINESS MACHINES CORPORATION; and GENERAL DYNAMICS ONE SOURCE, LLC, | ) | |
| Defendant-Intervenors. | ) | |

**DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD IN Nos. 07-760C, -761C, AND -766C, UNDER SEAL**

Pursuant to Paragraph 21 of Appendix C to the Rules of the United States Court of Federal Claims ("RCFC"); the scheduling order issued by the Court on October 31, 2007; and the protective order entered on October 4, 2007, defendant, the United States, respectfully files, under seal, on one CD-ROM, the "core" administrative record documents relating to plaintiffs Artel, Inc.; Advanced Technology Systems Inc.; and Apptis Inc.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

OF COUNSEL:
MICHAEL J. ETTNER
Senior Assistant General Counsel
Personal Property Division
Office of General Counsel
General Services Administration

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
ELIZABETH HOSFORD
JOHN TODOR
ANUJ VOHRA
Trial Attorneys
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Phone: (202) 616-0476
Fax: (202) 305-7644
E-mail: kyle.chadwick@usdoj.gov

Attorneys for Defendant

November 5, 2007

CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2007, this document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick