# In The United States Court of Federal Claims

Nos. 07-691C, 07-732C, 07-741C, 07-747C, 07-760C, 07-761C, and 07-766C

(Filed: November 6, 2007)

---

SERCO INC.;
STANLEY ASSOCIATES INC.;
CGI FEDERAL INC.;
STG, INC.; ARTEL, INC.;
ADVANCED TECHNOLOGY SYSTEMS INC.; and
APPTIS INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

and

INDUS CORPORATION;
ELECTRONIC DATA SYSTEMS CORPORATION;
INTERNATIONAL BUSINESS MACHINES
CORPORATION; and
GENERAL DYNAMICS ONE SOURCE, LLC,

Defendant-Intervenors.

---

**ORDER**

---

Previously, on November 2, 2007, this court issued a scheduling order for this matter. That scheduling order omitted a deadline and is hereby modified. Accordingly, on or before November 19, 2007, the plaintiffs shall each file a statement of issues likely to be raised in their motions for judgment on the administrative record; each issue shall be separately numbered and be described in adequate detail to reveal the essential nature of the claims being raised thereunder.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge