IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SERCO INC.; STANLEY ASSOCIATES INC.; CGI FEDERAL INC.; STG, INC.; ARTEL, INC.; ADVANCED TECHNOLOGY SYSTEMS INC.; and APPTIS INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | BID PROTESTS<br>Consolid. Nos. 07-691C, -732C, 741C, -747C,-760C, -761C, -766C<br>(Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| INDUS CORPORATION; ELECTRONIC DATA SYSTEMS CORPORATION; INTERNATIONAL BUSINESS MACHINES CORPORATION; and GENERAL DYNAMICS ONE SOURCE, LLC, | ) | |
| Defendant-Intervenors. | ) | |

**DEFENDANT'S NOTICE OF PAGINATION ERROR**

Pursuant to Rule 7(b)(1) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully brings to the Court's attention an error, which has just come to our attention, in our pagination of the administrative record. Specifically, page numbers 2537 through 2647 were mistakenly used twice: The "core" documents relating to the protest of Stanley Associates Inc., which we filed on October 25, 2007, end with page 2647. However, the core documents relating to the protest of STG, Inc., which we filed on October 30, 2007, begin at page 2537, resulting in an overlap of 110 pages.

We regret the error and respectfully suggest that, to avoid the confusion that might result from repaginating the record (which, as of today, runs through page 23283), parties that cite any of the overlapping pages should include the name of the appropriate protester in the citation, e.g., "AR 2600 Stanley" or "AR 2600 STG." Of course, if this solution is not acceptable to the Court, we stand ready to prepare, file, and serve repaginated documents.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Martin F. Hockey, Jr.
by Mark A. Melnick
MARTIN F. HOCKEY, JR.
Assistant Director

OF COUNSEL:
MICHAEL J. ETTNER
Senior Assistant General Counsel
Personal Property Division
Office of General Counsel
General Services Administration

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
ELIZABETH HOSFORD
JOHN TODOR
ANUJ VOHRA
Trial Attorneys
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Phone: (202) 616-0476
Fax: (202) 305-7644
E-mail: kyle.chadwick@usdoj.gov

Attorneys for Defendant

November 6, 2007

CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2007, this document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick