# In The United States Court of Federal Claims

Nos. 07-691C, 07-732C, 07-741C, 07-747C, 07-760C, 07-761C, 07-766C, and 07-771C

(Filed: November 7, 2007)

SERCO INC.;
STANLEY ASSOCIATES INC.;
CGI FEDERAL INC.;
STG, INC.; ARTEL, INC.,
ADVANCED TECHNOLOGY SYSTEMS INC.;
APPTIS INC.; and
NORTEL GOVERNMENT SOLUTIONS, INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

and

INDUS CORPORATION;
ELECTRONIC DATA SYSTEMS CORPORATION;
INTERNATIONAL BUSINESS MACHINES CORPORATION; and
GENERAL DYNAMICS ONE SOURCE, LLC,

Defendant-Intervenors.

**PROTECTIVE ORDER**

On November 2, 2007, the court issued a modified protective order in this consolidated case. That order is hereby extended to a new consolidated case, 07-771C. In particular, paragraph 2(d) of the October 26, 2007, protective order is modified to include the following person, who now is automatically subject to the terms of that order and is entitled to access to protected information, without further action: Roger A. Briney, attorney who has been retained by Nortel Government Solutions, Inc., to represent it in this protest.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra

Judge