# In The United States Court of Federal Claims

Nos. 07-691C, 07-732C, 07-741C, 07-747C, 07-760C, 07-761C, 07-766C, and 07-771C

(Filed: November 7, 2007)

SERCO INC.;
STANLEY ASSOCIATES INC.;
CGI FEDERAL INC.;
STG, INC.; ARTEL, INC.,
ADVANCED TECHNOLOGY SYSTEMS INC.;
APPTIS INC.; and
NORTEL GOVERNMENT SOLUTIONS, INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

and

INDUS CORPORATION;
ELECTRONIC DATA SYSTEMS CORPORATION;
INTERNATIONAL BUSINESS MACHINES CORPORATION; and
GENERAL DYNAMICS ONE SOURCE, LLC,

Defendant-Intervenors.

**ORDER**

By order this day, the court has consolidated action No. 07-771C with this action for purposes of briefing and decision.

Previously, on November 2, 2007, this court issued a scheduling order for this matter. That scheduling order is hereby modified to include the following provisions:

1. On or before November 9, 2007, 5:30 p.m. (EST), defendant shall file a CD-ROM version of the supplemental administrative record, containing documents relating to case No. 07-771C, which shall be contained in a single, tabbed PDF file, numbered consecutively; defendant shall effectuate same-day service of this CD-ROM to the other parties;

2. On or before November 13, 2007, 5:30 p.m. (EST), plaintiffs, CGI Federal, Inc. and STG, Inc., shall file their designation of additional documents that were before the agency that should be added to the administrative record and, if necessary, motions to supplement the record regarding documents that were not before the agency;

3. On or before November 16, 2007, by 5:30 p.m. (EST), defendant shall produce the additional-designated agency materials, as well as any other materials that the court orders be produced under the motion(s) to supplement the record;

4. In accordance with prior practice in this proceeding, the court shall treat the defendant-intervenors in the consolidated action as having intervened in case No. 07-771C.

5. Defendant and defendant-intervenor shall not be required to file responses to the new complaints in this consolidated matter.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge