# In The United States Court of Federal Claims

Nos. 07-691C, 07-732C, 07-741C, 07-747C, 07-760C, 07-761C, 07-766C, and 07-771C

(Filed: November 12, 2007)

---

SERCO INC.;
STANLEY ASSOCIATES INC.;
CGI FEDERAL INC.;
STG, INC.; ARTEL, INC.,
ADVANCED TECHNOLOGY SYSTEMS INC.;
APPTIS INC.; and
NORTEL GOVERNMENT SOLUTIONS, INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

and

INDUS CORPORATION;
ELECTRONIC DATA SYSTEMS CORPORATION;
INTERNATIONAL BUSINESS MACHINES CORPORATION; and
GENERAL DYNAMICS ONE SOURCE, LLC,

Defendant-Intervenors.

---

**ORDER**

---

On November 7, 2007, plaintiff Artel, Inc., (Artel) filed a motion to supplement the administrative record seeking to add to that record various articles published between 2003 and 2007. While the motion ties the supplementation motion to a count in Artel's complaint, it fails to cite any legal authority in support thereof. Accordingly, by noon on November 14, 2007, plaintiff Artel shall file a short memorandum (not to exceed 5 pages), discussing any authorities supporting its motion, and, in particular, citing any cases in which any court or the boards have relied upon magazine and newspaper articles in sustaining an argument that a Federal agency failed to evaluate properly the past performance of an awardee. This deadline will not be extended.

The parties are hereby reminded that the court will not consider materials unless found in the administrative record. Attaching such materials to a brief in an appendix is not permitted and will lead either to that brief or portions thereof being stricken from the record.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge