IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SERCO INC.; STANLEY ASSOCIATES INC.; CGI FEDERAL INC.; STG, INC.; ARTEL, INC.; ADVANCED TECHNOLOGY SYSTEMS INC.; APPTIS INC.; and NORTEL GOVERNMENT SOLUTIONS, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | BID PROTESTS<br>Consolid. Nos. 07-691C, -732C, 741C, -747C,-760C, -761C, -766C, -771C<br>(Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| INDUS CORPORATION; ELECTRONIC DATA SYSTEMS CORPORATION; INTERNATIONAL BUSINESS MACHINES CORPORATION; and GENERAL DYNAMICS ONE SOURCE, LLC., | ) | |
| Defendant-Intervenors. | ) | |

**DEFENDANT'S NOTICE OF FILING OF ADDITIONAL DOCUMENTS IN No. 07-766C, AND NOTICE CONCERNING DESIGNATIONS IN Nos. 07-760C AND -761C**

Pursuant to Paragraph 21 of Appendix C to the Rules of the United States Court of Federal Claims ("RCFC"); the scheduling order issued by the Court on November 7, 2007; and the protective order entered on October 4, 2007, defendant, the United States, respectfully files, under seal, on one CD-ROM, additional record documents designated by plaintiff Apptis, Inc. on November 7th in case No. 07-766C. The documents are in Apptis's categories 17 (exhibit A on the CD) and 18 (exhibit B). All other documents designated by Apptis have previously been

filed, to the extent they exist. There are no documents in Apptis's categories 13 or 16. (However, to answer the question addressed by category 16, "H.G." is Howard Grizzle.)

All of the documents designated by plaintiff Artel, Inc. in case No. 07-760C on November 7th have previously been filed, to the extent they exist. There are no administrative record documents in Artel's categories 4, 5, 10, or 11. (To the extent Artel's category 5 could be read to include documents that were created before this procurement began, those documents, if they exist, are not part of the administrative record, pursuant to RCFC Appendix C.22 or precedent. In addition, the premise of Artel's category 10, that the agency "held a 'mini-competition,'" is incorrect.) We know of no specific documents in Artel's category 13, but if any exist, they are among the e-mail messages that we have already filed in this matter.

Plaintiff Advanced Technology Systems Inc. did not designate any additional documents in case No. 07-761C.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

OF COUNSEL:
MICHAEL J. ETTNER
Senior Assistant General Counsel
Personal Property Division
Office of General Counsel
General Services Administration

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
ELIZABETH HOSFORD
JOHN TODOR
ANUJ VOHRA
Trial Attorneys
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Phone: (202) 616-0476
Fax: (202) 305-7644
E-mail: kyle.chadwick@usdoj.gov

Attorneys for Defendant

November 13, 2007

CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2007, this document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick