**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | |
|---|---|
| **SERCO INC.; STANLEY ASSOCIATES INC.; CGI FEDERAL INC.; STG INC.; ARTEL, INC.; ADVANCED TECHNOLOGY SYSTEMS, INC.; APPTIS INC., AND NORTEL GOVERNMENT SOLUTIONS INCORPORATED,** | **Consolidated Nos. 07-691C, 07-732-C, 07-741-C, 07-747-C, 07-760-C, 07-761-C, 07-766-C and 07-771-C** |
| **Plaintiffs,** | **Judge Allegra** |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant** | |
| **and** | |
| **INDUS CORPORATION; ELECTRONIC DATA SYSTEMS CORPORATION; INTERNATIONAL BUSINESS MACHINES CORPORATION; and GENERAL DYNAMICS ONE SOURCE, LLC,** | |

**NORTEL GOVERNMENT SOLUTIONS INCORPORATED MOTION FOR EXTENSION OF TIME TO FILE DESIGNATION OF ADDITIONAL DOCUMENTS FOR THE ADMINISTRATIVE RECORD**

I. Roger A. Briney, Counsel for Nortel Government Solutions Incorporated ("NGS"), respectfully move that the Court grant an extension until 5:30 PM, Wednesday November 14, 2007 for the filing of NGS' Designation of Additional Documents for the Administrative Record. In support of that motion, I state the following:

1. On Friday, November 8, 2007, I contacted the Clerk's office because, although meeting all the requirements for access to protected materials, I was blocked from such access by the electronic filing system. I was told that my access would be granted that afternoon. However, my access to the documents continued to be blocked. I tried calling the Clerk's office and could reach no one.

2. On Monday, November 12, 2007, the Court was closed so I could not contact anyone to gain access.

3. Today at 9 AM, I contacted the Clerk's office again and reiterated my problems with access to the protected materials. Finally, at about 11 AM this morning, I was granted access. Since that time, I have been reviewing the other seven complaints and supporting documents that were under seal.

4. I am cognizant of the tight timeframes for this case and for that reason, I anticipate that an extension of 24 hours should provide me with sufficient time to complete the submission. As provided in the Court's Special Procedures Order, I have informed in-house counsel for my client of this request and I have his concurrence in this request.

WHERE|FORE, I request that the time for Nortel Government Solutions Incorporated to file its Designation of Additional Documents for the Administrative Record be extended to 5:30 PM, November 14, 2007.

Respectfully submitted,

**Roger A. Briney, Esq.**
**Roger A. Briney, Attorney at Law**
**3495 Rocks Mill Lane**
**Charlottesville, VA 22903**

**(202) 777-3648**
**(202) 777-3649 (fax)**
**rogerbriney@rotundalaw.com**

**Counsel of Record for Plaintiff**
**Nortel Government Solutions Incorporated**

**Dated: November 13, 2007**

**CERTIFICATE OF FILING**

I hereby certify that a copy of the foregoing Motion for Extension of Time to File Nortel Government Solutions Incorporated's Designation of Additional Documents for the Administrative Record was filed electronically on this 13th day of November, 2007. I understand that this document will be sent to all parties via the Court's electronic filing system.

Roger A. Briney