IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SERCO INC.; STANLEY ASSOCIATES INC.; CGI FEDERAL INC.; STG, INC.; ARTEL, INC.; ADVANCED TECHNOLOGY SYSTEMS INC.; APPTIS INC.; NORTEL GOVERNMENT SOLUTIONS, INC.; and CENTECH GROUP INC., Plaintiffs, | |
| v. | BID PROTESTS<br>Consolid. Nos. 07-691C, -732C, 741C, -747C, -760C, -761C, -766C, -771C, -803C<br>(Judge Allegra) |
| THE UNITED STATES, Defendant, | |
| and | |
| INDUS CORPORATION; ELECTRONIC DATA SYSTEMS CORPORATION; INTERNATIONAL BUSINESS MACHINES CORPORATION; and GENERAL DYNAMICS ONE SOURCE, LLC., Defendant-Intervenors. | |

**DEFENDANT'S NOTICE CONCERNING DESIGNATIONS IN No. 07-771C**

Pursuant to Paragraph 21 of Appendix C to the Rules of the United States Court of Federal Claims and the scheduling order issued by the Court on November 7, 2007, defendant, the United States, respectfully states that all of the documents designated by plaintiff Nortel Government Solutions, Inc. in case No. 07-771C on November 14th have previously been filed in this matter, to the extent they exist.

The premises of certain of Nortel's designations are incorrect. The agency did not conduct "separate sub-competition[s]" between offerors, as Nortel posits in designating categories number 11 and 27. In addition, Nortel's description of category 24 appears to suggest

erroneously that the agency concluded there was a causal connection between Nortel's price and the technical merit of its proposal. The administrative record does not support that reading.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

OF COUNSEL:
MICHAEL J. ETTNER
Senior Assistant General Counsel
Personal Property Division
Office of General Counsel
General Services Administration

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
ELIZABETH HOSFORD
JOHN TODOR
ANUJ VOHRA
Trial Attorneys
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Phone: (202) 616-0476
Fax: (202) 305-7644
E-mail: kyle.chadwick@usdoj.gov

Attorneys for Defendant

November 16, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2007, this document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick