# In The United States Court of Federal Claims

Nos. 07-691C, 07-732C, 07-741C, 07-747C, 07-760C, 07-761C, 07-766C, 07-771C, and 07-803C

(Filed: November 19, 2007)

SERCO INC.;
STANLEY ASSOCIATES INC.;
CGI FEDERAL INC.;
STG, INC.; ARTEL, INC.;
ADVANCED TECHNOLOGY SYSTEMS INC.;
APPTIS INC.; NORTEL GOVERNMENT SOLUTIONS, INC.;
and THE CENTECH GROUP, INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

and

INDUS CORPORATION;
ELECTRONIC DATA SYSTEMS CORPORATION;
INTERNATIONAL BUSINESS MACHINES CORPORATION; and
GENERAL DYNAMICS ONE SOURCE, LLC,

Defendant-Intervenors.

## ORDER

By order on November 15, 2007, the court has consolidated action No. 07-803C with this action for purposes of briefing and decision.

Previously, on November 2, 2007, this court issued a scheduling order for this matter. That scheduling order is hereby modified to include the following provisions:

1. On or before November 19, 2007, 12:00 p.m. (EST), defendant shall file a CD-ROM version of the supplemental administrative record, containing documents relating to case No. 07-803C, which shall be contained in a single, tabbed PDF file, numbered consecutively; defendant shall effectuate same-day service of this CD-ROM to the other parties;

2. On or before November 20, 2007, 12:00 p.m. (EST), plaintiff, The Centech Group, Inc., shall file their designation of additional documents that were before the agency that should be added to the administrative record and, if necessary, motions to supplement the record regarding documents that were not before the agency;

3. On or before November 23, 2007, by 5:30 p.m. (EST), defendant shall produce the additional-designated agency materials, as well as any other materials that the court orders be produced under the motion(s) to supplement the record; and

4. On or before November 26, 2007, plaintiff, The Centech Group, Inc., shall file its statement of issues likely to be raised in its motion for judgment on the administrative record; each issue shall be separately numbered and be described in adequate detail to reveal the essential nature of the claims being raised thereunder.

4. In accordance with prior practice in this proceeding, the court shall treat the defendant-intervenors in the consolidated action as having intervened in case No. 07-803C.

5. Defendant and defendant-intervenor shall not be required to file responses to the new complaints in this consolidated matter.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge