# In The United States Court of Federal Claims

Nos. 07-691C, 07-732C, 07-741C, 07-747C, 07-760C, 07-761C,
07-766C, 07-771C, and 07-803C

(Filed: November 19, 2007)

SERCO INC.;
STANLEY ASSOCIATES INC.;
CGI FEDERAL INC.;
STG, INC.; ARTEL, INC.,
ADVANCED TECHNOLOGY SYSTEMS INC.;
APPTIS INC.; NORTEL GOVERNMENT
SOLUTIONS, INC.; and THE CENTECH GROUP, INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

and

INDUS CORPORATION;
ELECTRONIC DATA SYSTEMS CORPORATION;
INTERNATIONAL BUSINESS MACHINES CORPORATION; and
GENERAL DYNAMICS ONE SOURCE, LLC,

Defendant-Intervenors.

## PROTECTIVE ORDER

On November 2, 2007, the court issued a modified protective order in this consolidated case. That order is hereby extended to a new consolidated case, 07-803C. In particular, paragraph 2(d) of the October 26, 2007, protective order is modified to include the following persons, who now are automatically subject to the terms of that order and are entitled to access to protected information, without further action: Kenneth A. Martin and Dan Press, attorneys who have been retained by The Centech Group, Inc., to represent it in this protest.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge