# In The United States Court of Federal Claims

Nos. 07-691C, 07-732C, 07-741C, 07-747C, 07-760C, 07-761C,
07-766C, 07-771C, and 07-803C

(Filed: November 26, 2007)

SERCO INC.;
STANLEY ASSOCIATES INC.;
CGI FEDERAL INC.;
STG, INC.; ARTEL, INC.;
ADVANCED TECHNOLOGY SYSTEMS INC.;
APPTIS INC.; NORTEL GOVERNMENT
SOLUTIONS, INC.; and THE CENTECH GROUP, INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

and

INDUS CORPORATION;
ELECTRONIC DATA SYSTEMS CORPORATION;
INTERNATIONAL BUSINESS MACHINES CORPORATION; and
GENERAL DYNAMICS ONE SOURCE, LLC,

Defendant-Intervenors.

**ORDER**

On November 6, 2007, this court issued a modified scheduling order in this matter, requiring the plaintiffs to file a statement of issues likely to be raised in their motions for judgment on the administrative record on or before November 19, 2007. Each issue was to be separately numbered and be described in adequate detail to reveal the essential nature of the claims being raised thereunder. On November 19, 2007, Stanley Associates, Inc. filed its statement of issues. Upon review, the court finds that the filing does not comply with the order issued. Therefore, Stanley Associates, Inc.'s filing is hereby stricken. Accordingly, Stanley Associates, Inc. shall file a revised statement of issues by November 27, 2007, 9:00 a.m. (EST).

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge