IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

| | |
|---|---|
| SERCO INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant.<br><br>and<br><br>INDUS CORPORATION,<br><br>Defendant-Intervenor<br><br>and<br><br>ELECTRONIC DATA SYSTEMS CORPORATION,<br><br>Defendant-Intervenor<br><br>and<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant-Intervenor<br><br>and<br><br>GENERAL DYNAMICS ONE SOURCE, LLC,<br><br>Defendant-Intervenor. | Consolidated Nos. 07-691C, 07-732C, 07-741C, 07-747C, 07-760C, 07-761C, 07-766C, 07-771C, 07-803C<br><br>(Judge Allegra) |

**ELECTRONIC DATA SYSTEMS CORPORATION'S**
**MOTION FOR SUBSTITUTION OF COUNSEL**

Pursuant to the Court of Federal Claims Rule 83.1(c)(4), Intervenor-Defendant Electronic Data Systems Corporation ("EDS") respectfully requests that the Court substitute Daniel R. Forman for John E. McCarthy Jr. as Counsel of Record for EDS. Mr. McCarthy will remain in the case.

Respectfully submitted,

/s/ John E. McCarthy Jr.
John E. McCarthy Jr., Esq.
(Former Counsel of Record)

/s/ Daniel R. Forman
Daniel R. Forman, Esq.
(Counsel of Record)
Richard W. Arnholt, Esq.
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel. (202) 624-2504
Fax (202) 628-5116

Counsel for EDS

Dated: December 5, 2007

**CERTIFICATE OF FILING**

I hereby certify that on the 5th day of December, 2007, a copy of the foregoing Motion by Electronic Data Systems Corporation requesting substitution of counsel of record was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John E. McCarthy Jr., Esq.
John E. McCarthy Jr., Esq.