**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SERCO, INC.:<br>STANLEY ASSOCIATES, INC.;<br>CGI FEDERAL, INC.;<br>STG, INC.<br>ARTEL, INC.;<br>ADVANCED TECHNOLOGY SYSTEMS, INC.<br>APPTIS, INC.;<br>NORTEL GOVERNMENT SOLUTIONS, INC.;<br>and THE CENTECH GROUP, INC.<br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>INDUS CORP.;<br>ELECTRONIC DATA SYSTEMS CORP.;<br>INTERNATIONAL BUSINESS MACHINES CORP.<br>GENERAL DYNAMICS ONE SOURCE, LLC<br><br>Defendant-Intervenors. | ) | Case No. 07-691C, 07-732C, 07-741C, 07-747C, 07-760C, 07-761C, 07-766C, 07-771C, and 07-803C<br>(Judge Allegra)<br><br>Filed Electronically<br>December 7, 2007 |

**NOTICE OF CHANGE OF ADDRESS FOR PLAINTIFF'S COUNSEL, ADVANCED TECHNOLOGY SYSTEMS, INC.**

Please note a change of address for Plaintiff Advanced Technology Systems, Inc.'s counsel, Richard L. Moorhouse. The new address and contact information are as follows:


Richard L. Moorhouse
GREENBERG TRAURIG, LLP
2101 L Street, N.W.
Suite 1000
Washington, D.C. 20037
Tel: (202) 331-3111
Fax: (202) 261-0167

Dated: December 7, 2007

Respectfully submitted,

/s/Richard L. Moorhouse
GREENBERG TRAURIG, LLP
2101 L Street, N.W.
Suite 1000
Washington, D.C. 200037
Tel.: (202) 331-3111
Fax: (202) 267-0167

OF COUNSEL:
John G. Stafford
David T. Hickey
Sean M. Connolly
Emily C. Parker

**CERTIFICATE OF FILING**

I hereby certify that on December 7, 2007, a copy of the Notice of Change of Address for Plaintiff's Counsel, Advanced Technology Systems, Inc. was filed electronically. I understand notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Richard L. Moorhouse