**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2007, this document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Kyle E. Chadwick
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
8th Floor
1100 L Street, Northwest
Washington, D.C. 20530
Tel.: (202) 616-0476
Fax.: (202) 305-7644

Joseph J. Petrillo
Petrillo & Powell
5335 Wisconsin Ave., N.W.
Suite 440
Washington, D.C. 20015
Tel.: (202)887-4848
Fax: (202)496-1656
E-mail: jp@petrillopowell.com
*Counsel for Serco, Inc.*

Susan L. Schor
McManus, Schor, LLP
115 15th St., N.W.
Suite 900
Washington, D.C. 20005
Tel.: (202)296-9260
Fax: (202)659-3732
E-mail: SSchor @msdlaw.com
*Counsel for Stanley Associates, Inc.*

Patricia H. Wittie
Oldaker Biden, et al.
818 Connecticut Ave., N.W.
Suite 1100
Washington, D.C. 20006
Tel.: (202)496-3493
Fax: (202)293-6111
E-mail: pwittie@obblaw.com
*Counsel for GCI Federal, Inc.*

Gerald H. Werfel
Pompan, Murray & Werfel
601 King St., Suite 400
Alexandria, VA 22314
Tel.: (703)739-1340
Fax: (703)739-1342
E-mail: ghwerfel@pompanmurray.com
*Counsel for STG, Inc.*

Richard J. Conway
Dickstein, Shapiro, LLP
1825 Eye St., N.W.
Washington, D.C. 20006
Tel.: (202)420-2200
Fax: (202)420-2201
E-mail: conwayr@dicksteinshapiro.com
*Counsel for Apptis, Inc.*

Philip M. Dearborn, III
PilieroMazza, PLLC
888 17th St., N.W.
Suite 1100, Farragut Sq.
Washington, D.C. 20006
Tel.: (202)857-1000
Fax: (202)857-0200
E-mail: pdearborn@pilieromazza.com
*Counsel for Artel, Inc.*

Roger A. Briney
3495 Rocks Mill Lane
Charlottesville, VA 22903
Tel: (202)777-3648
Fax: (202)777-3649
E-mail: rogerbriney@rotundalaw.com
*Counsel for Nortel Government Solutions, Inc.*

John E. McCarthy, Jr.
Crowell & Moring
1001 Pennsylvania Ave., N.W.
Suite 1100
Washington, D.C. 20004
Tel.: (202)624-2500
Fax: (202)628-5116
E-mail: jmccarthy@crowell.com
*Counsel for Electronic Data Systems*

Thomas P. Humphrey
Crowell & Moring
1001 Pennsylvania Ave., N.W.
Suite 1100
Washington, D.C. 20004
Tel.: (202)624-2500
Fax: (202)628-5116
E-mail: thumphrey@crowell.com
*Counsel for International Business Machines*

William T. Welch
Barton, Bakerm, McMahon & Tolle
1320 Old Chain Bridge Rd.
Suite 440
McLean, VA 22101
Tel.: (703)448-1810
Fax: (703)448-3336
E-mail: wwelch@bbtlaw.com
*Counsel for Indus Corporation*

David Churchill
Jenner & Block
601 13th St., N.W.
12th Floor
Washington, D.C. 20005
Tel.: (202)639-6000
Fax; (202)639-6066
E-mail: dchurchill@jenner.com
*Counsel for General Dynamics One Source, LLC*

/s/ Richard L. Moorhouse