IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

| | | |
|---|---|---|
| SERCO INC.; STANLEY ASSOCIATES INC.; CGI FEDERAL INC.; STG, INC.; ARTEL, INC.; ADVANCED TECHNOLOGY SYSTEMS INC.; APPTIS INC.; NORTEL GOVERNMENT SOLUTIONS, INC., and THE CENTECH GROUP | ) | |
| Plaintiffs, | ) | |
| v. | ) | Consolidated Nos. 07-691C, 07-732C, 07-741C, 07-747C, 07-760C, 07-761C, 07-766C, 07-771C, 07-803C (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | **FILED ELECTRONICALLY** |
| INDUS CORPORATION; ELECTRONIC DATA SYSTEMS CORPORATION; INTERNATIONAL BUSINESS MACHINES CORPORATION; and GENERAL DYNAMICS ONE SOURCE, LLC, | ) | |
| Defendant-Intervenors. | ) | |

**CONSOLIDATED-PLAINTIFF STANLEY ASSOCIATES, INC.'S**
**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to the United States Court of Federal Claims Rule 41(a)(1), Consolidated-Plaintiff Stanley Associates, Inc. ("Stanley") hereby submits its Notice of Dismissal of its Complaint in consolidated Case No. 07-732 with prejudice. Counsel for Stanley has been authorized to represent that, per stipulation between Stanley and the

United States, each party will bear its own fees, costs, and expenses.

Respectfully submitted,

Dated: December 21, 2007

/s/ Susan L. Schor
Susan L. Schor
sschor@msadlaw.com
McManus, Schor, Asmar & Darden, L.L.P.
1155 15th Street, N.W., Ninth Floor
Washington, D.C. 20005
202-296-9260; 202-659-3732 fax
*Counsel of Record for Stanley Associates, Inc.*

Of Counsel:
Laurence Schor
lschor@msadlaw.com
Dennis C. Ehlers
dehlers@msadlaw.com
Jeanne A. Anderson
janderson@msadlaw.com
McManus, Schor, Asmar & Darden, L.L.P.

**CERTIFICATE OF FILING**

I hereby certify that on December 21, 2007, a copy of the foregoing Consolidated-Plaintiff Stanley Associates, Inc.'s Notice of Dismissal With Prejudice was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Susan L. Schor