IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SERCO, Inc., et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Nos. 07-691 C, 07-732 C, 07-741 C; 07- 747 C, 07-760 C,07-61 C; 07-761 C, 07-766 C, 07-771 C, 07-803 C (Judge Francis Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**Cross-Motion For Judgment on the Administrative Record and Opposition to Plaintiff's Motions**

Indus Corporation ("Indus"), defendant-intervenor, by and through its undersigned counsel, cross-moves this court for judgment on the administrative record and opposes the plaintiffs' motions for judgment. Indus Corporation bases its motion and opposition on the legal and factual discussion provided in the cross-motion and opposition of the defendant, the United States, and does not see the need for any additional argument at this time.

Respectfully Submitted,

s/ William T. Welch

William T. Welch
Barton, Baker, McMahon & Tolle, LLP
1320 Old Chain Bridge Road, Suite 440
McLean, VA 22101
(703) 448-1810 tele
(703) 448-3336 fax

Dated: December 21, 2007

of Counsel:
John R. Tolle
Barton, Baker, McMahon & Tolle, LLP
1320 Old Chain Bridge Road, Suite 440
McLean, VA 22101

CERTIFICATE OF FILING

I hereby certify that on December 21, 2007, the attached document was electronically filed. I understand that service upon all parties is complete upon filing and that authorized parties may access the filing through the Court's CM/ECF system.

s/ William T. Welch