# In The United States Court of Federal Claims

Nos. 07-691C, 07-741C, 07-747C, 07-760C, 07-761C,
07-766C, 07-771C, and 07-803C

(Filed: January 8, 2007)

SERCO INC.; CGI FEDERAL INC.;
STG, INC.; ARTEL, INC.;
ADVANCED TECHNOLOGY SYSTEMS INC.;
APPTIS INC.; NORTEL GOVERNMENT
SOLUTIONS, INC.; and THE CENTECH GROUP, INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

and

INDUS CORPORATION;
ELECTRONIC DATA SYSTEMS CORPORATION;
INTERNATIONAL BUSINESS MACHINES CORPORATION; and
GENERAL DYNAMICS ONE SOURCE, LLC,

Defendant-Intervenors.

## ORDER

On December 21, 2007, Stanley Assoc., Inc filed a voluntary dismissal of its complaint. On January 4, 2008, Serco, Inc. filed a motion to supplement the administrative record, requesting the defendant to include "the same type of documentation for [Stanley Assoc., Inc.] as it has for all 29 of the other awards." Based on the statements defendant made in its Motion for Summary Judgment on the Administrative Record, defendant appears to oppose this motion because it does not believe that the Stanley contract is "germane to the pending protests." The court disagrees. Accordingly, on or before January 11, 2008, defendant shall produce any documents related to its award of a contract to Stanley Assoc., Inc. that it has not already provided. Defendant, however, shall not produce any documents in the nature of, or that would reflect, settlement discussions, pursuant to Fed. R. Ev. 408.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge