IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

| | | |
|---|---|---|
| SERCO INC.; STANLEY ASSOCIATES INC.; CGI FEDERAL INC.; STG, INC.; ARTEL, INC.; ADVANCED TECHNOLOGY SYSTEMS INC.; APPTIS INC.; NORTEL GOVERNMENT SOLUTIONS, INC., and THE CENTECH GROUP | ) | |
| Plaintiffs, | ) | |
| v. | ) | Consolidated Nos. 07-691C, 07-732C, 07-741C, 07-747C, 07-760C, 07-761C, 07-766C, 07-771C, 07-803C (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | **FILED ELECTRONICALLY January 9, 2008** |
| INDUS CORPORATION; ELECTRONIC DATA SYSTEMS CORPORATION; INTERNATIONAL BUSINESS MACHINES CORPORATION; and GENERAL DYNAMICS ONE SOURCE, LLC, | ) | |
| Defendant-Intervenors. | ) | |

**MOTION TO INTERVENE OF STANLEY ASSOCIATES, INC.**

Stanley Associates, Inc. ("Stanley"), by and through its undersigned counsel, moves this Court for leave to intervene as a Defendant in this action. Stanley, which was previously a Consolidated Plaintiff, is an awardee under the procurement at issue herein.

The Rules of this Court permit a party to intervene "when the applicant claims an interest relating to the property or transaction which is the subject of the action and the applicant is so situated that the disposition of the action may as a practical matter impair or impede the applicant's ability to protect that interest . . . ." COFC Rule 24(a). Stanley voluntarily dismissed

its Complaint in Consolidated Case No. 07-732 after it received award of an Alliant contract from GSA. Stanley forbore intervening in this matter until the Court granted Serco, Inc.'s, Joint Motion to Supplement the Administrative Record with documents related to the award of a contract to Stanley. Because the award to Stanley was made under the same solicitation and the award is at issue in this matter, Stanley has an interest in the procurement and should be permitted to intervene.

Stanley asked counsel for all parties herein if they had any objection to its intervention and has received none.

Wherefore, Stanley requests that this Court grant its motion to intervene in the above captioned matter.

Respectfully submitted,

Dated: January 9, 2007

/s/ Susan L. Schor
Susan L. Schor
sschor@msadlaw.com
McManus, Schor, Asmar & Darden, L.L.P.
1155 15th Street, N.W.
Ninth Floor
Washington, D.C. 20005
202-296-9260
202-659-3732 (facsimile)

*Counsel of Record for Stanley Associates, Inc.*

Of Counsel:
Laurence Schor
lschor@msadlaw.com
Dennis C. Ehlers
dehlers@msadlaw.com
Jeanne A. Anderson
janderson@msadlaw.com
McManus, Schor, Asmar & Darden, L.L.P.