IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SERCO INC.; CGI FEDERAL INC.; STG, INC.; ARTEL, INC.; ADVANCED TECHNOLOGY SYSTEMS INC.; APPTIS INC.; NORTEL GOVERNMENT SOLUTIONS, INC.; and CENTECH GROUP INC., | |
| Plaintiffs, | |
| v. | BID PROTESTS<br>Consolid. Nos. 07-691C, -741C,-747C, -760C, -761C, -766C, -771C, -803C<br>(Judge Allegra) |
| THE UNITED STATES, | |
| Defendant, | |
| and | |
| INDUS CORPORATION; ELECTRONIC DATA SYSTEMS CORPORATION; INTERNATIONAL BUSINESS MACHINES CORPORATION; GENERAL DYNAMICS ONE SOURCE, LLC.; and STANLEY ASSOCIATES, INC., | |
| Defendant-Intervenors. | |

**DEFENDANT'S NOTICE OF FILING PURSUANT TO JANUARY 8, 2008 ORDER**

Pursuant to the Court's order dated January 8, 2008, defendant, the United States, respectfully files the four attached documents relating to the award of an Alliant contract to defendant-intervenor Stanley Associates, Inc. on December 21, 2007. The documents are Stanley's contract; a finding of financial responsibility; documentation of Stanley's facility security clearance; and an e-mail string concerning consultation with the Small Business Administration. The page range is 25000 to 25101. We are filing these documents electronically because they are public and are not subject to the protective order in this matter.

A review of the documents will confirm they are not germane to this litigation. Stanley's contract is materially identical to every other Alliant contract. The other documents are essentially ministerial.

As stated in our moving brief, the General Services Administration, with the concurrence of the Department of Justice, decided to award Stanley a contract (provided Stanley dismissed its lawsuit with prejudice) after reviewing Stanley's moving brief and concluding there was one scoring error, which, when corrected, improved Stanley's evaluated technical merit to a sufficient extent that its overall proposal arguably represented best value. (By contrast, correcting a similar error in the scoring of Serco's proposal would lower Serco's technical ranking.)

We know of one substantive document, other than those attached, that relates to the award to Stanley and has not been filed. That document, however, is a legal memorandum prepared for the source selection authority in December 2007 by a senior attorney in the agency's Office of General Counsel. It is subject to the attorney-client privilege and attorney work product doctrine, and should not be included in the administrative record. See Town of Norfolk v. United States Army Corps of Eng'rs, 968 F.2d 1438, 1458 (1st Cir. 1992); cf. Blue Lake Forest Prods., Inc. v. United States, 75 Fed. Cl. 779, 794 (2007) ("By inserting [a document] into the Administrative Record in [different] litigation, Defendant waived the attorney-client privilege for all documents concerning the same subject matter."). Should the Court determine it must see the legal memorandum to ensure effective review of this procurement, we respectfully offer to provide the document in camera. (Non-substantive e-mail messages to and from agency counsel, during this litigation, relating to the memorandum also exist and are subject to the same privilege or other protection.)

The Court's order states that we need not file "documents in the nature of, or that would reflect, settlement discussions, pursuant to Fed. R. Evid. 408." For the information of the Court and the parties, the only extant non-privileged document, of which we are aware, that would fit that description is a single exchange of e-mail messages between undersigned counsel and counsel for Stanley on December 20, 2007. There is no formal settlement agreement, nor any drafts of one.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/
MARTIN F. HOCKEY, JR.
Assistant Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
ELIZABETH HOSFORD
JOHN TODOR
ANUJ VOHRA
Trial Attorneys
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Phone: (202) 616-0476
Fax: (202) 305-7644
E-mail: kyle.chadwick@usdoj.gov

Attorneys for Defendant

OF COUNSEL:
MICHAEL J. ETTNER
Senior Assistant General Counsel
Personal Property Division
Office of General Counsel
General Services Administration

January 11, 2008

CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2008, this document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick