Memorandum to file: (Alliant)

Re: Stanley Associates Financial Responsibility

Shan Clark, Contracting Officer, submitted a Dun and Bradstreet (D&B) Credit Check Report to determine financial responsibility on 12/20/2007. The D&B report indicates "clear". There currently are no open suites, liens, or judgments in D&B's database.

In addition, Ms. Clark searched FSS 19 on-line, which is an internal GSA system that stores financial information on contractors. Stanley Associates has 3 Administrative Reports Cards in the system from Schedules 70 and 871. All 3 reports card's financial section indicates an overall financially responsive contractor with no bankruptcy proceedings.

It is the opinion of the undersigned that Stanley Associates is a financially responsible contractor.

Tom Thomas
Contracting Officer
GSA, FAS, ITS
Enterprise GWAC Center, Southwest

December 21, 2007

custserv@dnb.com
12/20/2007 03:46 PM

To SHAN.CLARK@GSA.GOV
cc
bcc
Subject STANLEY ASSOCIATES, INC.: D&B Credit Check Report

History: This message has been forwarded.

ELECTRONICALLY SIGNED BY WILMA BAILEY CHIEF, CREDIT AND FINANCE.
*************************************************************************
*
This report was sent to you by SHERRICE.ROBINSON@GSA.GOV.
Visit www.dnb.com to learn how D&B can help you Decide with Confidence.
*************************************************************************
*

COPYRIGHT 2007 DUN & BRADSTREET INC. - PROVIDED UNDER CONTRACT
FOR THE EXCLUSIVE USE OF SUBSCRIBER 065-005944.

ATTN: SHERRICE ROBINSON

CREDIT CHECK REPORT

BUSINESS SUMMARY

DATE PRINTED: December 20, 2007

D-U-N-S: 14-420-2843
STANLEY ASSOCIATES, INC.
(SUBSIDIARY OF STANLEY, INC,
ARLINGTON, VA)

SIC: 73 73 SYSTEMS INTEGRATION SERVICES

| | |
|---|---|
| RATING: | 1R4 |
| HISTORY: | CLEAR |
| CONTROL DATE: | 2002 |
| YEAR STARTED: | 1968 |
| EMPLOYS: | 1,166 |
| EMPLOYS HERE: | 343 |

3101 WILSON BLVD STE 700
ARLINGTON, VA 22201

Telephone: 703 684-1125

PHILIP O NOLAN, PRES

Rating Explanation: The "1R" portion of the Rating (the Rating Classification) indicates business size of 10 or more employees for this company. The "4" on the right (Composite Credit Appraisal) indicates an overall "limited" credit appraisal.

=========================================================================
=
Payment Activity Summary

The PAYDEX for this company is 69.
This PAYDEX score indicates that payments to suppliers average 16 days beyond terms, weighted by dollar amounts.

The Industry median PAYDEX is 75, which corresponds to 8 days beyond terms.

This payment activity section reflects the most recent 12 months payment information in D&B's file.

| | |
|---|---|
| Total trade experiences on file: | 167 |
| Payment within terms (not dollar weighted): | 77% |
| Total placed for collection - with D&B: | 0 |
| Total placed for collection - with other: | 0 |

Indications of slowness can be the result of disputes over merchandise, skipped invoices, etc.

==============================================================================

Public Filings Summary

Currently, there are no open suits, liens or judgments in D&B's Public Records database:

Suit(s) N    Lien(s) N    Judgment(s) N

==============================================================================

History Summary

History "Clear" indicates D&B's file contains sufficient information about the background of the business and its significant principals as of 07/24/07.

==============================================================================

SPECIAL EVENTS

07/27/07 GOVERNMENT CONTRACT: According to published reports, Science Applications International Corp. (San Diego, CA), Northtrop Grumman Space & Mission Systems Corp. (Los Angeles, CA), Stanley Associates, Inc. (Arlington, VA) and Alion Science and Technology Corp. (Chicago, IL) announced that they are being awarded $23,100,000 for indefinite-delivery/indefinite-quantity, firm-fixed-price, time and material pricing provisions, multiple contracts for support services for independent research, technical, and analytical support to commander, Operational Test and Evaluation Force in the definition, conduct, and analysis of structured operational and integrated test and evaluation of a vast array of weapons systems, integrated systems, and equipment to support the fleet sailor.

This contract four one-year option periods, which if exercised would bring the value of the contract to a ceiling price of $115,500,000. Work will be performed in a variety of locations throughout the Continental United States with provision for Afloat and Outside-of-the-Continental United States locations as needed. Work is expected to be completed July 2008 (July 2012 with options). Contract funds in the amount of $4,000 will expire at the end of the current fiscal year.

===============================================================================

CUSTOMER SERVICE

If you need any additional information, or have any questions, please call our Customer Service Center at (800) 234-3867 from anywhere within the U.S. From outside the U.S., please call your local D&B office.

==============================================================================

END OF DUN & BRADSTREET CREDIT CHECK REPORT

FSS19 ONLINE

# Administrative Report Card

Contractor Name: STANLEY ASSOCIATES I
Contract Numbner: XF0341K
Schedule Number: 871
Date Report Card was Created: 05-02-2005

Requested by: DCLARK
Printed Report Card Date: 12/20/2007

**Contractor Assessment**

**OUTSTANDING**

| Topic | | Questions | Findings |
|---|---|---|---|
| **ORDERING AGENCY CONSIDERATIONS** | | | |
| Delivery | 1 | Based on a sample of orders, is the contractor delivering on-time an average of 95% or greater of the time? | Yes |
| Teaming Arrangements | 2 | If there are Teaming Arrangements, do these Arrangements address how customer service and warranty issues will be resolved? | N/A |
| Blanket Purchase Agreements (BPA) | 3 | If the contractor has entered into BPAs, have they offered additional discounts? | N/A |
| Warranty-Multiple Award Schedules | 4 | Is the contractor honoring the warranty terms of the contract? | Yes |
| | 5 | Are warranty claims being handled promptly and efficiently? | N/A |
| Ordering Information | 6 | Did the contractor demonstrate compliance with the Trade Agreements Act? | N/A |
| | 7 | Did the contractor demonstrate that they comply with the scope of their contract? | Yes |
| Participating Dealers | 8 | If there are participating dealers, are the dealers listed and current in the contract? | N/A |
| | 9 | Is the contractor complying with Billing Responsibility clause G-FSS-913? | N/A |
| **PRICE LISTS and GSA ADVANTAGE!** | | | |
| Price List | 10 | Is the pricelist being used by the contractor the current approved pricelist? | Yes |
| Economic Price Adjustment (EPA) | 11 | Is the contractor complying with the Economic Price Adjustment Clause of the contract? | Yes |
| Modifications | 12 | Is the contractor being proactive in proposing to add and delete items from the contract? | Yes |
| GSA Advantage! | 13 | Prices listed in GSA Advantage! match those on the current approved pricelist or GSA Advantage! update is in progress? | Yes |
| **FINANCIAL** | | | |
| Bankruptcy | 14 | Is the Contractor free from Bankruptcy proceedings? | Yes |
| Payment by Government Commercial Purchase Card | 15 | Has the contractor made arrangements to accept payment by purchase card? | Yes |
| | 16 | Does the contractor accept purchase card payments for orders above the micro purchase threshold? | Yes |
| Report of Sales | 17 | In the most recent period of the contract, not to exceed five years, are the contractor's Report of Sales 95% or greater on-time? | Yes |
| Participating Dealer Sales | 18 | If there are dealers, are dealer sales being collected in the contractor's system and included in the 72A report? | N/A |
| Industrial Funding Fee | 19 | For the past period of the contract, not exceeding five years, has the contractor submitted the IFF 90% or greater on-time? | Yes |
| **ADMINISTRATIVE** | | | |
| Novation/Change of Name | 20 | Has the contractor complied with Change of Name and/or Novation Agreement requirements? | N/A |
| Central Contractor Registration (CCR) | 21 | Is the contractor registered with Central Contractor Registration (CCR)? | Yes |
| Administrative | 22 | Is the basic contract load information correct? | Yes |
| | 23 | Are the 72A Records located where the contract says they are? | Yes |
| | 24 | If a Commercial or Individual Subcontracting Plan is required, did the contractor meet the goals specified in the Commercial Plan or is the contractor progressing toward meeting the goals specified in the Individual Subcontracting Plan? | Yes |

FSS19 ONLINE **Administrative Report Card**

Contractor Name: STANLEY ASSOCIATES I
Contract Numbner: XF0341K
Schedule Number: 871
Date Report Card was Created: 05-02-2005

Requested by: DCLARK
Printed Report Card Date: 12/20/2007

**Contractor Assessment**

**OUTSTANDING**

| | | | |
|---|---|---|---|
| | 25 | Is the DUNS Number correct? | Yes |
| | 26 | Is the contractor's Contact for Contract Administration information (address/phone/fax/email) correct? | Yes |
| | 27 | The contractor reduced prices to customers effective January 1, 2004, to reflect the lower (0.75%) IFF rate. | Yes |

Please contact Administrative Contracting Officer(ACO), JUDITH K. CHAPMAN # 404-331-3144, E-mail: JUDY.CHAPMAN@gsa.gov, with any questions regarding your Administrative Report Card.

FSS19 ONLINE **Administrative Report Card**

Contractor Name: STANLEY ASSOCIATES I
Contract Numbner: ZF5900H
Schedule Number: 070
Date Report Card was Created: 03-03-2003

Requested by: DCLARK
Printed Report Card Date: 12/20/2007

**Contractor Assessment**

**SUCCESSFUL**

| Topic | | Questions | Findings |
|---|---|---|---|
| **ORDERING AGENCY CONSIDERATIONS** | | | |
| Delivery | | [redacted] | |
| Teaming Arrangements | 2 | If there are Teaming Arrangements, do these Arrangements address how customer service and warranty issues will be resolved? | Yes |
| Blanket Purchase Agreements (BPA) | 3 | If the contractor has entered into BPAs, have they offered additional discounts? | Yes |
| Warranty-Multiple Award Schedules | 4 | Is the contractor honoring the warranty terms of the contract? | Yes |
| | 5 | Are warranty claims being handled promptly and efficiently? | Yes |
| Ordering Information | 6 | Did the contractor demonstrate compliance with the Trade Agreements Act? | N/A |
| | 7 | Did the contractor demonstrate that they comply with the scope of their contract? | N/A |
| Participating Dealers | | [redacted] | |
| | 9 | Is the contractor complying with Billing Responsibility clause G-FSS-913? | Yes |
| **PRICE LISTS and GSA ADVANTAGE!** | | | |
| Price List | 10 | Is the pricelist being used by the contractor the current approved pricelist? | Yes |
| Economic Price Adjustment (EPA) | 11 | Is the contractor complying with the Economic Price Adjustment Clause of the contract? | Yes |
| Modifications | 12 | Is the contractor being proactive in proposing to add and delete items from the contract? | Yes |
| GSA Advantage! | 13 | Prices listed in GSA Advantage! match those on the current approved pricelist or GSA Advantage! update is in progress? | Yes |
| **FINANCIAL** | | | |
| Bankruptcy | 14 | Is the Contractor free from Bankruptcy proceedings? | Yes |
| Payment by Government Commercial Purchase Card | 15 | Has the contractor made arrangements to accept payment by purchase card? | Yes |
| | 16 | Does the contractor accept purchase card payments for orders above the micro purchase threshold? | Yes |
| Report of Sales | 17 | In the most recent period of the contract, not to exceed five years, are the contractor's Report of Sales 95% or greater on-time? | Yes |
| Participating Dealer Sales | 18 | If there are dealers, are dealer sales being collected in the contractor's system and included in the 72A report? | N/A |
| Industrial Funding Fee | | [redacted] | |
| **ADMINISTRATIVE** | | | |
| Novation/Change of Name | 20 | Has the contractor complied with Change of Name and/or Novation Agreement requirements? | N/A |
| Central Contractor Registration (CCR) | 21 | Is the contractor registered with Central Contractor Registration (CCR)? | Yes |
| Administrative | 22 | Is the basic contract load information correct? | Yes |
| | 23 | Are the 72A Records located where the contract says they are? | Yes |
| | 24 | If a Commercial or Individual Subcontracting Plan is required, did the contractor meet the goals specified in the Commercial Plan or is the contractor progressing toward meeting the goals specified in the Individual Subcontracting Plan? | Not Delegated |

FSS19 ONLINE **Administrative Report Card**

Contractor Name: STANLEY ASSOCIATES I
Contract Numbner: ZF5900H
Schedule Number: 070
Date Report Card was Created: 03-03-2003

Requested by: DCLARK
Printed Report Card Date: 12/20/2007

**Contractor Assessment**

**SUCCESSFUL**

| | | | |
|---|---|---|---|
| | 25 | Is the DUNS Number correct? | Yes |
| | 26 | Is the contractor's Contact for Contract Administration information (address/phone/fax/email) correct? | Yes |

Please contact Administrative Contracting Officer(ACO), MICHAEL A. SENSABAUGH # 404-331-1579, E-mail: MICHAEL.SENSABAUGH@gsa.gov, with any questions regarding your Administrative Report Card.

**EXPLANATION OF FINDINGS**

**1.** Based on a sample of orders, Contractor delivered 0 out of 0 orders on time 0 %.

**8.** Participating Dealers listing does not agree with Dealers approved by PCO.

**19.** In the past five years, 3 Quarters out of 17 Quarters IFF was paid on time for a rate of 18 %.

**FSS19 ONLINE** **Administrative Report Card**

Contractor Name: STANLEY ASSOCIATES I
Contract Numbner: XF0341K
Schedule Number: 871
Date Report Card was Created: 03-03-2003

Requested by: DCLARK
Printed Report Card Date: 12/20/2007

**Contractor Assessment**

**SUCCESSFUL**

| Topic | | Questions | Findings |
|---|---|---|---|
| **ORDERING AGENCY CONSIDERATIONS** | | | |
| Delivery | [redacted] | | |
| Teaming Arrangements | 2 | If there are Teaming Arrangements, do these Arrangements address how customer service and warranty issues will be resolved? | Yes |
| Blanket Purchase Agreements (BPA) | 3 | If the contractor has entered into BPAs, have they offered additional discounts? | N/A |
| Warranty-Multiple Award Schedules | 4 | Is the contractor honoring the warranty terms of the contract? | Yes |
| | 5 | Are warranty claims being handled promptly and efficiently? | N/A |
| Ordering Information | 6 | Did the contractor demonstrate compliance with the Trade Agreements Act? | N/A |
| | 7 | Did the contractor demonstrate that they comply with the scope of their contract? | N/A |
| Participating Dealers | [redacted] | | |
| **PRICE LISTS and GSA ADVANTAGE!** | | | |
| Price List | 10 | Is the pricelist being used by the contractor the current approved pricelist? | Yes |
| Economic Price Adjustment (EPA) | [redacted] | | |
| Modifications | 12 | Is the contractor being proactive in proposing to add and delete items from the contract? | Yes |
| GSA Advantage! | [redacted] | | |
| **FINANCIAL** | | | |
| Bankruptcy | 14 | Is the Contractor free from Bankruptcy proceedings? | Yes |
| Payment by Government Commercial Purchase Card | 15 | Has the contractor made arrangements to accept payment by purchase card? | Yes |
| | 16 | Does the contractor accept purchase card payments for orders above the micro purchase threshold? | Yes |
| Report of Sales | 17 | In the most recent period of the contract, not to exceed five years, are the contractor's Report of Sales 95% or greater on-time? | Yes |
| Participating Dealer Sales | 18 | If there are dealers, are dealer sales being collected in the contractor's system and included in the 72A report? | N/A |
| Industrial Funding Fee | 19 | For the past period of the contract, not exceeding five years, has the contractor submitted the IFF 90% or greater on-time? | Yes |
| **ADMINISTRATIVE** | | | |
| Novation/Change of Name | 20 | Has the contractor complied with Change of Name and/or Novation Agreement requirements? | N/A |
| Central Contractor Registration (CCR) | 21 | Is the contractor registered with Central Contractor Registration (CCR)? | Yes |
| Administrative | 22 | Is the basic contract load information correct? | Yes |
| | 23 | Are the 72A Records located where the contract says they are? | Yes |
| | 24 | If a Commercial or Individual Subcontracting Plan is required, did the contractor meet the goals specified in the Commercial Plan or is the contractor progressing toward meeting the goals specified in the Individual Subcontracting Plan? | Not Delegated |

FSS19 ONLINE **Administrative Report Card**

Contractor Name: STANLEY ASSOCIATES I
Contract Numbner: XF0341K
Schedule Number: 871
Date Report Card was Created: 03-03-2003

Requested by: DCLARK
Printed Report Card Date: 12/20/2007

**Contractor Assessment**

**SUCCESSFUL**

| | | | |
|---|---|---|---|
| | 25 | Is the DUNS Number correct? | Yes |
| | 26 | Is the contractor's Contact for Contract Administration information (address/phone/fax/email) correct? | Yes |

Please contact Administrative Contracting Officer(ACO), MICHAEL A. SENSABAUGH # 404-331-1579, E-mail: MICHAEL.SENSABAUGH@gsa.gov, with any questions regarding your Administrative Report Card.

**EXPLANATION OF FINDINGS**

1. Based on a sample of orders, Contractor delivered 0 out of 0 orders on time 0 %.

8. Participating Dealers listing does not agree with Dealers approved by PCO.

9. Participating Dealers have not completed agreements to honor contract prices and terms.

11. Contractor is not following provisions of Economic Price Adjustment Clause.

13. GSA Advantage! items are not ☐ accurate and/or ☐ complete.