## View Notification

**The following changes have occurred for 6G280 Stanley Associates, Inc.:**

A verification request was created for this facility.

*** This information is valid as of 2007/12/20**

**This is to advise you that the following information is current verification information for the facility:**

| | |
|---|---|
| **CAGE Code** | 6G280 |
| **Facility Name:** | Stanley Associates, Inc. |
| **Physical Location:** | 3101 Wilson Boulevard.<br>Suite 700<br>Arlington, VA 22201 |
| **Classified Mailing Address:** | 3101 Wilson Boulevard<br>Suite 700<br>Arlington, VA 22201 |
| **Facility Clearance Status/Level:** | Active / Top Secret |
| **Status Date /Issue Date:** | 2005/09/16 / 1997/09/02 |
| **Safeguarding Level:** | Secret<br>**** Classified shipments not to exceed two cubic feet. Larger size shipments require prior coordination with the Facility Security Officer to confirm storage capacity.** |
| **Authorized Access to:** | COMSEC |
| **Special Limitation Notes:** | |
| **Facility Security Officer:** | Paisley, James M. |
| **Facility Security Officer Phone Number** | (703) 739-7417 |
| **DSS Field Office:** | S51KS1 |
| **DSS Field Office Phone Number:** | 703-325-1009 |

**You will be notified of changes in this information until 2007/12/20**