**Patricia G. Renfro/7F/R07/GSA/GOV**
12/21/2007 10:51 AM

To Louis A. Ojeda/9FG/R09/GSA/GOV@GSA
cc Kevin J. Rice/LP/CO/GSA/GOV@GSA, tommy.thomas@gsa.gov, Mary E. Powers-King/QTB/CO/GSA/GOV, Jason T.
bcc
Subject Re: Fw: RE: Stanley Associates Pre-Award Clearance Request

History: This message has been forwarded.

Tony:

So sorry to bother you at home. I just talked to a SBA rep here Paul Stone and asked if he thought is t would be okay if we awarded with out the normal approvals, and he said he felt it would be okay to go ahead and award (especially since Paul Martin already approved the plan) and it the plan is not approved go back and negotiate a mod later. So if we don't get it back we are going forward anyway. Thanks for all your help. Please let me know though if you get back the subplan no matter what.

Patricia G. Renfro
Director (Acting)
Enterprise GWAC Center (Southwest)
ITS/FAS/GSA
(817) 574-2430
Cell (817) 789-2156

Louis A. Ojeda/9FG/R09/GSA/GOV

**Louis A. Ojeda/9FG/R09/GSA/GOV**
12/21/2007 09:45 AM

To patricia.renfro@gsa.gov, paul.martin@gsa.gov, tommy.thomas@gsa.gov, joseph.andrade@gsa.gov
cc
Subject Fw: RE: Stanley Associates Pre-Award Clearance Request

Patricia,

I haven't received the SubK plan back from SBA or the GSA SB Representative yet, however, we did get this approval back from DoL (see below).

I will continue to check my email from home throughout the day.

Regards,

L. Antonio Ojeda
Contract Specialist - ANSWER Team
U.S General Services Administration
Federal Acquisition Service- Enterprise GWAC Center (West)
9988 Hibert Street, Suite 310
San Diego, CA 92131
858-537-2261(phone)
858-530-3182 (fax)

The GSA GWAC Mission:
Support customer missions with innovative Government-wide IT contracts, flexible streamlined processes, acquisition expertise, and responsive service.

Visit us at http://www.gsa.gov/answer

-----Forwarded by Louis A. Ojeda/9FG/R09/GSA/GOV on 12/21/2007 07:40AM -----

To: louis.ojeda@gsa.gov
From: "ofccpmapreaward," <OFCCP-MA-PreAward@dol.gov>
Date: 12/21/2007 06:32AM
Subject: RE: Stanley Associates Pre-Award Clearance Request

**U.S.** Department of Labor

Employment Standards Administration

Office of Federal Contract Compliance Programs

**E-mail: ofccp-ma-preaward@dol.gov**

EEO Clearance is hereby granted effective immediately for all contractor(s) and/or subcontractor(s) listed below in your original email and/or attachment(s) sent to this Regional Office.

MB CONCHA

Pre-Award Clearance Officer

OFCCP – Mid-Atlantic Region

**From:** louis.ojeda@gsa.gov [mailto:louis.ojeda@gsa.gov]
**Sent:** Thursday, December 20, 2007 4:48 PM
**To:** ofccpmapreaward,
**Cc:** tommy.thomas@gsa.gov; paul.martin@gsa.gov; patricia.renfro@gsa.gov

**Subject:** Stanley Associates Pre-Award Clearance Request

Mr. Concha,

Please see the attached Pre-Award Clearance request. Your timely response is greatly appreciated.

Regards,

L. Antonio Ojeda
Contract Specialist - ANSWER Team
U.S General Services Administration
Federal Acquisition Service- Enterprise GWAC Center (West)
9988 Hibert Street, Suite 310
San Diego, CA 92131
858-537-2261(phone)
858-530-3182 (fax)

The GSA GWAC Mission:
Support customer missions with innovative Government-wide IT contracts, flexible streamlined processes, acquisition expertise, and responsive service.