# In The United States Court of Federal Claims

Nos. 07-691C, 07-732C, 07-741C, 07-747C, 07-760C, 07-761C,
07-766C, 07-771C, and 07-803C

(Filed: January 14, 2008)

---

SERCO INC.; CGI FEDERAL INC.;
STG, INC.; ARTEL, INC.;
ADVANCED TECHNOLOGY SYSTEMS INC.;
APPTIS INC.; NORTEL GOVERNMENT
SOLUTIONS, INC.; and THE CENTECH GROUP, INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

and

INDUS CORPORATION;
ELECTRONIC DATA SYSTEMS CORPORATION;
INTERNATIONAL BUSINESS MACHINES CORPORATION;
STANLEY ASSOCIATES, INC.; and
GENERAL DYNAMICS ONE SOURCE, LLC,

Defendant-Intervenors.

---

**ORDER**

---

On January 8, 2008, this court ordered defendant to produce any documents related to its award of a contract to Stanley Assoc., Inc. that it has not already provided in the administrative record. On January 14, 2008, defendant produced those documents and indicated that there was an additional document not filed because of it applicability to the attorney-client privilege and attorney work product doctrine. The defendant requested that, if necessary, the court view those documents *in camera*. Accordingly, on or before January 15, 2008, at 5:00 p.m., defendant shall produce such document for *in camera* review.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge