# In The United States Court of Federal Claims

Nos. 07-691C, 07-732C, 07-741C, 07-747C, 07-760C, 07-761C,
07-766C, 07-771C, and 07-803C

(Filed: January 16, 2008)

SERCO INC.; CGI FEDERAL INC.;
STG, INC.; ARTEL, INC.;
ADVANCED TECHNOLOGY SYSTEMS INC.;
APPTIS INC.; NORTEL GOVERNMENT
SOLUTIONS, INC.; and THE CENTECH GROUP, INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

and

INDUS CORPORATION;
ELECTRONIC DATA SYSTEMS CORPORATION;
INTERNATIONAL BUSINESS MACHINES CORPORATION;
STANLEY ASSOCIATES, INC.; and
GENERAL DYNAMICS ONE SOURCE, LLC,

Defendant-Intervenors.

## ORDER

On October 9, 2007 through November 19, 2007, defendant produced the administrative record on CD-ROM. The CD-ROMs, produced on October 31, 2007, and thereafter, fail to provide adequate subject matter descriptions in their indices. Accordingly, on or before January 23, 2008, defendant shall file new indices for those CD-ROMs, describing what is provided under each tab (as was done for the CD-ROMs filed prior to October 31, 2007).

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge