# In The United States Court of Federal Claims

Nos. 07-691C, 07-732C, 07-741C, 07-747C, 07-760C, 07-761C,
07-766C, 07-771C, and 07-803C

(Filed: January 18, 2008)

SERCO INC.; CGI FEDERAL INC.;
STG, INC.; ARTEL, INC.;
ADVANCED TECHNOLOGY SYSTEMS INC.;
APPTIS INC.; NORTEL GOVERNMENT
SOLUTIONS, INC.; and THE CENTECH GROUP, INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

and

INDUS CORPORATION;
ELECTRONIC DATA SYSTEMS CORPORATION;
INTERNATIONAL BUSINESS MACHINES CORPORATION;
STANLEY ASSOCIATES, INC.; and
GENERAL DYNAMICS ONE SOURCE, LLC,

Defendant-Intervenors.

## ORDER

On January 14, 2008, the court ordered defendant to produce any documents related to its award of a contract to Stanley Assoc., Inc. that it had not already provided in the administrative record *in camera*. On January 15, 2008, defendant produced those documents. After reviewing those documents, the court finds that some of the information contained therein should be included in the Administrative Record and that such inclusion may be accomplished without violating the attorney-client privilege. Toward that end, on or before January 23, 2008, defendant shall provide an affidavit from an appropriate official, describing the scoring adjustments that led Stanley Assoc., Inc. ultimately to receive an award.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge