# In The United States Court of Federal Claims

Nos. 07-691C, 07-732C, 07-741C, 07-747C, 07-760C, 07-761C,
07-766C, 07-771C, and 07-803C

(Filed: January 18, 2008)

SERCO INC.; CGI FEDERAL INC.;
STG, INC.; ARTEL, INC.;
ADVANCED TECHNOLOGY SYSTEMS INC.;
APPTIS INC.; NORTEL GOVERNMENT
SOLUTIONS, INC.; and THE CENTECH GROUP, INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

and

INDUS CORPORATION;
ELECTRONIC DATA SYSTEMS CORPORATION;
INTERNATIONAL BUSINESS MACHINES CORPORATION;
STANLEY ASSOCIATES, INC.; and
GENERAL DYNAMICS ONE SOURCE, LLC,

Defendant-Intervenors.

## ORDER

Oral argument in this case is scheduled for February 4, 2008. On or before January 30, 2008, plaintiffs, defendant, defendant-intervenors International Business Machines Corporation ("IBM") and Electronic Data Systems Corporation ("EDS"), shall file a flowchart detailing each of the steps in the process that was employed to derive the weighted average BCP/PP score. Only one flowchart need be filed for plaintiffs, and for defendant and defendant-intervenors IBM and EDS, so long as the parties on those two sides are in agreement. The flowchart should reveal, *inter alia*, the following:

1. How (and how many) adjectival ratings were originally assigned by individual evaluators to the various BCP subfactors and elements and Past Performance subfactors;

2. How those individual adjectival ratings were converted to numerical scores;

3. How those numerical scores for each element were averaged and rounded to produce consensus team scores for each element (re: BCP);

4. How those consensus team scores for each element were averaged and rounded to produce consensus team scores for each subfactor (re: BCP);

5. How those consensus team scores for each subfactor were averaged, weighted, and rounded to produce the final BCP and PP numerical scores;

6. How those BCP and PP numerical scores were averaged, weighted, and rounded to produce the final BCP/PP technical numerical score;

7. How the final BCP/PP technical numerical score was rounded and applied to generate the presumptive award group;

8. How the consensus team numerical scores for each element, subfactor, and factor were re-assigned adjectival ratings (*see, e.g.,* AR 868-875); and

9. How those adjectival ratings (and/or numerical scores) were used in tradeoff decisions.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge