**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SERCO, INC.:<br>CGI FEDERAL, INC.;<br>STG, INC.;<br>ARTEL, INC.;<br>ADVANCED TECHNOLOGY SYSTEMS, INC.;<br>APPTIS, INC.;<br>NORTEL GOVERNMENT SOLUTIONS, INC.;<br>and THE CENTECH GROUP, INC.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>INDUS CORP.;<br>STANLEY ASSOCIATES, INC.;<br>ELECTRONIC DATA SYSTEMS CORP.;<br>INTERNATIONAL BUSINESS MACHINES CORP.;<br>GENERAL DYNAMICS ONE SOURCE, LLC<br><br>Intervenor-Defendants. | Case No. 07-691C, 07-732C,<br>07-741C, 07-747C, 07-760C,<br>07-761C, 07-766C, 07-771C<br>and 07-803C<br>(Judge Allegra)<br><br>Filed Electronically On:<br>January 24, 2008 |

**JOINT REPORT OF CONSOLIDATED PLAINTIFFS REGARDING ORDER ON ORAL ARGUMENT**

In accordance with this Court's January 16, 2008 Order, the undersigned counsel for Plaintiff Advanced Technology Systems, Inc., on behalf of all Plaintiffs, respectfully files this joint report. Counsel for Plaintiffs have coordinated and have reached unanimous agreement on time allocations and designation of counsel to argue each of the three sets of cross-cutting issues during oral argument scheduled for February 4, 2008. The agreement is as follows:

**A. Issues involving accuracy of the data and calculations used in determining technical ranks.**

Time allocated: 40 minutes

Counsel arguing: Patricia Wittie, Counsel for CGI Federal, Inc.
Philip Dearborn, Counsel for Artel, Inc.

**B. Issues involving the agency's consideration of price.**

Time allocated: 30 minutes

Counsel arguing: Joseph Petrillo, Counsel for Serco, Inc.
Richard Moorhouse, Counsel for Advanced Technology Systems, Inc.

**C. Issues involving the agency's trade-off decisions.**

Time allocated: 50 minutes

Counsel arguing: Gerald Werfel, Counsel for STG, Inc.
Richard Conway, Counsel for Apptis, Inc.

None of the Plaintiffs' counsel are ceding their individual allotted 10 minutes of time to the three sets of cross-cutting issues. No failure of agreement occurred among Plaintiffs with respect to the allocation of time or designation of counsel for oral argument.

Dated: January 24, 2008

Respectfully submitted,

/s/Richard L. Moorhouse
GREENBERG TRAURIG, LLP
2101 L Street, N.W.
Suite 1000
Washington, D.C. 20037
Tel.: (202) 331-3111
Fax: (202) 261-0176

OF COUNSEL:
John G. Stafford
David T. Hickey
Sean M. Connolly
Emily C. Parker