IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SERCO INC.; CGI FEDERAL INC.; STG, INC.; ARTEL, INC.; ADVANCED TECHNOLOGY SYSTEMS INC.; APPTIS INC.; NORTEL GOVERNMENT SOLUTIONS, INC.; and CENTECH GROUP INC., | |
| Plaintiffs, | BID PROTESTS<br>Consolid. Nos. 07-691C, -741C,-747C, -760C, -761C, -766C, -771C, -803C<br>(Judge Allegra) |
| v. | |
| THE UNITED STATES, | |
| Defendant, | |
| and | |
| INDUS CORPORATION; ELECTRONIC DATA SYSTEMS CORPORATION; INTERNATIONAL BUSINESS MACHINES CORPORATION; GENERAL DYNAMICS ONE SOURCE, LLC.; and STANLEY ASSOCIATES, INC., | |
| Defendant-Intervenors. | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE ITS JOINT REPORT REGARDING ORAL ARGUMENT**

On January 16, 2008, the Court ordered counsel for defendant, the United States, to file, on or before January 28, 2008, a joint report on behalf of defendant and the arguing defendant-intervenors discussing how defendants will allocate their time at the oral argument scheduled in this matter for February 4, 2008. Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant respectfully requests an enlargement of time, until 12:00 p.m. tomorrow, January 29, 2008, in which to file that joint report. The reason for this request is because lead counsel for the Government is on sick leave today, and therefore unable to coordinate with

defendant-intervenors with regards to the February 4, 2008 argument. This modest request for an extension of time is the Government's first in response to the Court's January 16, 2008 order. Counsel for all but one of the plaintiffs in this matter have indicated that they have no objection to the Government's request.[1] Counsel for defendant-intervenors have represented that they have no objection to the Government's request.

WHEREFORE, the Government respectfully requests an order granting its request for an extension of time, until 12:00 p.m. on January 29, 2008, in which to file the joint report on behalf of itself and defendant-intervenors pursuant to the Court's January 16, 2008 order.

[1] Defendant's counsel attempted to reach counsel for plaintiff Serco by telephone, and received a voice recording indicating that he is unavailable until February 2, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Martin F. Hockey Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

OF COUNSEL:
MICHAEL J. ETTNER
Senior Assistant General Counsel
Personal Property Division
Office of General Counsel
General Services Administration

s/Kyle Chadwick by Anuj Vohra
KYLE CHADWICK
Senior Trial Counsel
ELIZABETH HOSFORD
JOHN TODOR
ANUJ VOHRA
Trial Attorneys
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Phone: (202) 616-0476
Fax: (202) 305-7644
E-mail: kyle.chadwick@usdoj.gov

January 28, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2008, this document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Anuj Vohra