IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SERCO INC.; CGI FEDERAL INC.; STG, INC.; ARTEL, INC.; ADVANCED TECHNOLOGY SYSTEMS INC.; APPTIS INC.; NORTEL GOVERNMENT SOLUTIONS, INC.; and CENTECH GROUP INC., | |
| Plaintiffs, | |
| v. | BID PROTESTS<br>Consolid. Nos. 07-691C, -741C,-747C, -760C, -761C, -766C, -771C, -803C<br>(Judge Allegra) |
| THE UNITED STATES, | |
| Defendant, | |
| and | |
| INDUS CORPORATION; ELECTRONIC DATA SYSTEMS CORPORATION; INTERNATIONAL BUSINESS MACHINES CORPORATION; GENERAL DYNAMICS ONE SOURCE, LLC.; and STANLEY ASSOCIATES, INC., | |
| Defendant-Intervenors. | |

**DEFENDANT'S STATUS REPORT PURSUANT TO JANUARY 16, 2008 ORDER**

Pursuant to the Court's order dated January 16, 2008, defendant, the United States, respectfully reports that the Government and defendant-intervenors Electronic Data Systems Corporation ("EDS") and International Business Machines ("IBM") have agreed upon the following allocations of time for the oral argument on February 4, 2008.

Within the two hours allocated jointly to defendant and defendant-intervenors with respect to the cross-cutting issues identified in paragraph 4 of the January 16th order, the Government will be allocated 90 minutes, and EDS/IBM will divide 30 minutes equally between them. Within the 80 minutes (10 minutes per plaintiff) allocated jointly to defendant and

defendant-intervenors with respect to the issues described in paragraph 6 of the order, the Government will use 60 minutes, and EDS/IBM will divide 20 minutes equally between them. Counsel for these parties may respectfully request the Court's leave to adjust these time allocations slightly, if it seems appropriate, during the proceedings.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
ELIZABETH HOSFORD
JOHN TODOR
ANUJ VOHRA
Trial Attorneys
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Phone: (202) 616-0476
Fax: (202) 305-7644
E-mail: kyle.chadwick@usdoj.gov

Attorneys for Defendant

OF COUNSEL:
MICHAEL J. ETTNER
Senior Assistant General Counsel
Personal Property Division
Office of General Counsel
General Services Administration

January 29, 2008

CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2008, this document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick