# In The United States Court of Federal Claims

Nos. 07-691C, 07-741C, 07-747C, 07-760C, 07-761C,
07-766C, 07-771C, and 07-803C

(Filed: January 29, 2008)

---

SERCO INC.; CGI FEDERAL INC.;
STG, INC.; ARTEL, INC.;
ADVANCED TECHNOLOGY SYSTEMS INC.;
APPTIS INC.; NORTEL GOVERNMENT
SOLUTIONS, INC.; and THE CENTECH GROUP, INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

and

INDUS CORPORATION;
ELECTRONIC DATA SYSTEMS CORPORATION;
INTERNATIONAL BUSINESS MACHINES CORPORATION;
STANLEY ASSOCIATES, INC.; and
GENERAL DYNAMICS ONE SOURCE, LLC,

Defendant-Intervenors.

---

**ORDER**

---

In the case *sub judice*, the agency made distinctions based upon technical rankings (the BCP/PP average) that were carried out to three decimal places. On or before 2:00 p.m. (EST), on February 1, 2008, the parties each shall file a short memorandum listing, without discussion, any cases involving a procurement in which ratings to the thousandths (or hundredths) of a point were relied upon by the agency in making an award decision in which the propriety of relying upon such ratings was discussed by the court or the Government Accountability Office.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge