IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | |
|---|---|
| SERCO INC.; CGI FEDERAL INC.; STG, INC.; ARTEL, INC.; ADVANCED TECHNOLOGY SYSTEMS, INC.; APPTIS INC.; NORTEL GOVERNMENT SOLUTIONS, INC.; and THE CENTECH GROUP, INC., | Consolidated Nos. 07-691C, 07-732C, 07-741C, 07-747C, 07-760C, 07-761C, 07-766C, 07-771C, and 07-803C |
| Plaintiffs, | Judge Allegra |
| vs. | |
| THE UNITED STATES, | |
| Defendant, | |
| and | |
| INDUS CORPORATION; ELECTRONIC DATA SYSTEMS CORPORATION; INTERNATIONAL BUSINESS MACHINES CORPORATION; GENERAL DYNAMICS ONE SOURCE, LLC; and STANLEY ASSOCIATES INC. | |
| Defendant-Intervenors. | |

**APPLICATION FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY EXPERT CONSULTANT**

Consolidated Plaintiff Apptis, Inc. respectfully submits the attached application of Mr. Paul R. Hugo for access to information under the protective order in this case. Counsel for Apptis, Inc. expects Mr. Hugo, a digital evidence consultant, to assist the Consolidated Plaintiffs during the February 4, 2008 oral argument by providing electronic access to the Administrative Record and other presentation materials for display on the Court's systems.

Dated: January 29, 2008

Respectfully submitted,

By: /s/ Richard J. Conway

Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
(202) 420-2200 (telephone)
(202) 420-2201 (facsimile)
ConwayR@dicksteinshapiro.com (e-mail)

*Counsel of Record for Apptis, Inc.*

Of Counsel:
Justin A. Chiarodo
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
(202) 420-2200 (telephone)
(202) 420-2201 (facsimile)
ChiarodoJ@dicksteinshapiro.com (e-mail)

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on this 29th day of January, 2008, a copy of the foregoing Application for Access to Information Under Protective Order by Expert Consultant was filed electronically under seal. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Justin A. Chiarodo

(ATTACHMENT B)

# In The United States Court of Federal Claims

No. 07-691C

(Filed: October 5, 2007)

SERCO, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

INDUS CORPORATION,

Defendant-Intervenor,

and

ELECTRONIC DATA SYSTEMS CORPORATION,

Defendant-Intervenor,

and

INTERNATIONAL BUSINESS MACHINES CORPORATION,

Defendant-Intervenor.

## APPLICATION FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY EXPERT CONSULTANT OR WITNESS

1. I, the undersigned, am a Consultant with Digital Evidence Group, LLC and hereby apply for access to Protected Information covered by the Protective Order issued in connection with this proceeding.

2. I have been retained by Dickstein Shapiro LLP and will, under the direction and control of Rick Conway, assist in the representation of Apptis, Inc. in this proceeding.

3. I hereby certify that I am not involved in competitive decision making as discussed in *U.S. Steel Corp. v. United States*, 730 F.2d 1465 (Fed. Cir. 1984), for or on behalf of any party to this proceeding or any other firm that might gain a competitive advantage from access to the information disclosed under the protective order. Neither I nor my employer provides advice or participates in any decisions of such parties in matters involving similar or corresponding information about a competitor. This means, for example, that neither I nor my employer provides advice concerning, or participates in decisions about, marketing or advertising strategies, product research and development, product design or competitive structuring and composition of bids, offers, or proposals with respect to which the use of protective materials could provide a competitive advantage.

4. My professional relationship with the party for whom I am retained in this proceeding and its personnel is strictly as a consultant on issues relevant to the proceeding. Neither I, nor any member of my immediate family holds office or a management position in any company that is a party in this proceeding or in any competitor or potential competitor of a party.

5. I have attached the following information:

a. a current resume describing my education and employment experience to date;

b. a list of all clients for whom I have performed work within the two years prior to the date of this application and a brief description of the work performed;

c. a list of all clients for whom I have performed work within the two years prior to the date of this application and for whom the use of protected material could provide a competitive advantage and a brief description of the work performed;

d. a statement of the services I am expected to perform in connection with this proceeding;

e. a description of the financial interests that I, my spouse, and/or my family, has in any entity that is an interested party in this proceeding or whose Protected Information will be reviewed; if none, I have so stated;

f. a list identifying by name of forum, case number, date, and circumstances all instances in which I have been granted admission or been denied admission to a protective order, had a protective order admission revoked, or have been found to have violated a protective order issued by an administrative or judicial tribunal; if none, I have so stated; and

g. a list of the professional associations to which I belong, including my identification numbers.

6. I have read a copy of the Protective Order issued by the Court in this proceeding. I will comply in all respects with all terms and conditions of that order in handling any Protected Information produced in connection with the proceeding. I will not disclose any Protected Information to any individual who has not been admitted under the Protective Order by the court.

7. For a period of two years after the date this application is granted, I will not engage or assist in the preparation of a proposal to be submitted to any agency of the United States government for information technology when I know or have reason to know that any party to this proceeding, or any successor entity, will be a competitor, subcontractor or teaming member.

8. For a period of two years after the date this application is granted, I will not engage or assist in the preparation of a proposal or submission to the General Services Administration nor will I have any personal involvement in any such activity.

9. I acknowledge that a violation of the terms of the protective order may result in the imposition of such sanctions as may be deemed appropriate by the Court and in possible civil and criminal liability.

* * *

By my signature, I certify that, to the best of my knowledge, the representations set forth above (including attached statements) are true and correct.

[signature]
Signature

1/28/08
Date Executed

Paul R. Hugo
Typed Name and Title

202-232-0646
Telephone Number

240-465-6538
Fax Number

[signature] 1/27/08

Signature of Attorney of Record Date Executed

Richard J. Conway
Typed Name and Title

(202) 420-2235
Telephone Number

(202) 420-2201
Fax Number

**Attachment to Protective Order Application of Paul R. Hugo**

a. See attached Resume.

b. See attached Client List.

c. n/a.

d. I expect to assist Richard J. Conway, counsel of record for Apptis, Inc., during oral argument on February 4, 2008 in this matter by assisting in the presentation of a PowerPoint presentation and providing access to the Administrative Record for display on the Court's systems.

e. There are no entities that are a party to this proceeding that I, my spouse, and/or my family has a financial interest in.

f. I have never been denied admission to a protective order or had a protective order admission revoked.

g. See attached Resume.

Paul R. Hugo
1111 16th Street, NW
Suite 410
Washington, DC 20036
202.232.0646

**Work Experience:**

**Digital Evidence Group, LLC – 2001 – Present**
**Co-Founder/Trial Consultant/ Director of Trial Services**
- **Manage trial consulting department of staff and contacted employees**
- **Manage the generation of graphics for courtroom presentation**
- **Prepare and present evidence in court**

**Litigation Communications, Inc. – 1999-2000**
**Sales Representative and Trial Consultant**
- **Manage the generation of graphics for courtroom presentation**
- **Manage trial consulting department**
- **Prepare and present evidence in court**

**Prudential – 1998-1999**
**Financial Planner**
- **Estate and Financial Planning**
- **Broker and Financial Advisor**

**Burns, Doane, Swecker & Mathis**
**Case Manager**
- **Preformed daily management of patent litigations**
- **Managed imaging system of production documents**

**Finnegan Henderson Farabow Garret & Dunner**
**Litigation Clerk and Case Manger**
- **Managed**
- **Provided litigation support to trial teams**

**Education:**
**Syracuse University 1994 – Bachelor of Arts – International Relations**
**NASD Series 7 and 56 certified**
**Licensed to sell Life & Health and Property & Casualty Insurance in Va, MD & DC**

| Firm | Lead Attorneys | Short Caption | Nature of Despute | Date | Court |
|---|---|---|---|---|---|
| Knobbe, Martens, Olson & Bear | Joseph Re<br>Joe Jennings | Applied Medical v. USSC | Patent Dispute | 1/2008 | US Dist. Court<br>Santa Ana, CA |
| Williams & Connolly | Ken Smyrzinski | PT Karang v. Marriott Ritz | Contact Dispute | 12/2007 | US Dist. Court<br>Greenbelt, MD |
| Knobbe, Martens, Olson & Bear | Joseph Re<br>Joe Jennings | Applied Medical v. Gaya | Patent Dispute | 11/2007 | Arbitration |
| Williams & Connolly | Bruce Genderson<br>Ken Smyrzinski | Fountain Square Properties v. AIMCO | Contract Dispute | 11/2007 | Montgomery County Circuit Court |
| Dickstein, Shapiro | Rick Conway<br>Brad Wine | BECO v. US | Contact Dispute | 6,11/2007 | CAFC |
| Dickstein Shapiro | Rick Leverage<br>Bruce Holcomb | Linerboard | Price Fixing | 10/2007 | Mediation |
| McKenna, Long & Aldridge | Gaspare Bono<br>Matt Bailey | CEA v. Samsung | Patent Dispute | 10/2007 | US Dist. Court<br>Wilmington, DE |
| Baker & Botts | Fred Michaud<br>David Schlitz | Agere Systems v. Sony | Patent Dispute | 10/2007 | US Dist. Court<br>Marshall, TX |
| Dickstein, Shapiro | Dave Elkind | RG&E | Insurance Coverage | 10/2007 | US Dist Court<br>Rochester, NY |
| Williams & Connolly | Paul Gaffney | Salt Lake Tribune v. Media News | Contact Dispute | 8/2007 | US Dist. Court<br>Salt Lake City, NV |
| Knobbe, Martens, Olson & Bear | Perry Olson | Juniper v. Toshiba | Patent Dispute | 7/2007 | US Dist. Court<br>Marshall, TX |
| Knobbe, Martens, Olson & Bear | Brent Babcock | Romer v. Faro | Patent Dispute | 10/2006 | US Dist. Court<br>San Diego, CA |