IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SERCO INC.; CGI FEDERAL INC.; STG, INC.; ARTEL, INC.; ADVANCED TECHNOLOGY SYSTEMS INC.; APPTIS INC.; NORTEL GOVERNMENT SOLUTIONS, INC.; and CENTECH GROUP INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | BID PROTESTS<br>Consolid. Nos. 07-691C, -741C,-747C, -760C, -761C, -766C, -771C, -803C<br>(Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| INDUS CORPORATION; ELECTRONIC DATA SYSTEMS CORPORATION; INTERNATIONAL BUSINESS MACHINES CORPORATION; GENERAL DYNAMICS ONE SOURCE, LLC.; and STANLEY ASSOCIATES, INC., | ) | |
| Defendant-Intervenors. | ) | |

**DEFENDANT'S NOTICE OF FILING PURSUANT TO JANUARY 18, 2008 ORDER**

Pursuant to the Court's order dated January 18, 2008, defendant, the United States, respectfully files the attached charts (four pages) depicting the steps in the process of developing offerors' technical ratings and scores. We have conferred with counsel of record for defendant-intervenors Electronic Data Systems Corporation and International Business Machines, and are authorized to state that those parties agree with this presentation.

The notations "Q1," "Q2," etc., in the column headings of the attached charts refer to the questions set forth in the January 18th order. In specific response to the Court's questions 3 through 7, technical scores were "rounded" (to the nearest one-thousandth of a point) only for the

purpose of presenting the scores in the final technical ranking table that appears at page 1006 of the administrative record. Prior to that step, all averages and weighted averages were calculated using an Excel spreadsheet, in which there was effectively no limit (i.e., a very large limit) upon the number of decimal places recorded for each number.

With respect to the Court's question number 7, the chart at AR 1006 ranked the offerors by technical score, calculated to three decimal places, for information's sake and to facilitate additional analysis of best value by the source selection authority. As set forth in the record and our moving brief, the source selection evaluation team leader recommended making awards to the offerors whose technical scores were in the top 28. AR 997. Reflecting this recommendation, the first 28 offerors were highlighted in the chart at AR 1006 in green, the next five (ranked 29th through 33rd) were shown in yellow, and the remaining offerors were presented in pink or red.

In response to the Court's question number 9, adjectival ratings were among multiple factors considered by the source selection authority in selecting the awardees, as depicted in the final attached chart.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
ELIZABETH HOSFORD
JOHN TODOR
ANUJ VOHRA
Trial Attorneys
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Phone: (202) 616-0476
Fax: (202) 305-7644
E-mail: kyle.chadwick@usdoj.gov

Attorneys for Defendant

OF COUNSEL:
MICHAEL J. ETTNER
Senior Assistant General Counsel
Personal Property Division
Office of General Counsel
General Services Administration

January 30, 2008

CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2008, this document and the attachment were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick