## I. Past Performance

| (5 Subfactors) | **(Q1, Q9)** One Consensus Adjectival Rating Assigned to Each Subfactor | **(Q2)** Numeric Score Assigned to Each Adjectival Rating for Each Subfactor | **(Q5)** Past Performance (PP) Evaluation Consensus Score Calculated by Computing Average of Subfactor Scores, showing three decimal places (no rounding required) | PP Rank Order |
|---|---|---|---|---|
| Quality of Service | Exceptionally High Confidence (EH) | EH = 5.0 | ((Quality of Service) + (Schedule) + (Cost Control) + (Business Relations) + (Subcontract Mgt. / Socioeconomic Goals) / 5) | PP Rank Order based on comparison of PP Evaluation Consensus Scores (1 - 62) |
| Schedule | Significant Confidence (S) | S = 4.0 | | |
| Cost Control | Acceptable Confidence (A) | A = 3.0 | | |
| Business Relations | Marginal Confidence (M) | M = 2.0 | | |
| Subcontract Management / Socioeconomic Goals | Little to No Confidence (N) | L/N = 1.0 | (However, subfactors with neutral ratings not averaged in) | |
| | | (Neutral = No Score) | | |

**II. Basic Contract Plan**

| 3 Subfactors with Individual Elements | **(Q1)** Adjectival Rankings for each Element Evaluated | **(Q1)** Individual Evaluator Ratings | **(Q2)** Numeric Conversion | **(Q3)** Average Score per Element | **(Q4)** Overall Subfactor Scores | **(Q5)** BCP Average Evaluation Score | BCP Rank Order |
|---|---|---|---|---|---|---|---|
| **Resources**<br>Recruiting/Retention & Secret/Top Secret Clearances<br>Resumes of Key Personnel<br>Business Systems<br>Purchasing System<br>Subcontracting Mgt. & Supp. Core Capabilities<br>OCONUS Capabilities & Continuity of Operations<br><br>**Program Management**<br>Mgt. Info. System<br>Earned Value Mgt. System (EVMS)<br>Quality Controls, Surveillance Methodologies<br><br>**Corporate Commitment**<br>Corp. Structure Org. Chart & Lines of Authority<br>Proposal Management<br>Risk Mitigation<br>Business Process Improvements<br>Technical Innovation<br>Business Development | Exceptionally High Confidence = EH<br>Significant Confidence = S<br>Acceptable Confidence = A<br>Marginal Confidence = M<br>Little to No Confidence = L/N | 4 individual evaluators each assign an adjectival rating to each individual element, producing 4 ratings per element.<br><br>E.g., Mgt. Info. System<br>(Eval. #1) = EH<br>(Eval. #2) = S<br>(Eval. #3) = S<br>(Eval. #4) = S | These ratings are then converted to numeric scores on the following scale:<br>EH = 5.0<br>S = 4.0<br>A = 3.0<br>M = 2.0<br>L/N = 1.0<br><br>E.g., Mgt. Info. System<br>(Eval. #1) = 5.0<br>(Eval. #2) = 4.0<br>(Eval. #3) = 4.0<br>(Eval. #4) = 4.0 | The four ratings are then averaged (in Excel) to produce an overall score for each element.<br><br>E.g., Mgt. Info. System score ((5.0) + (4.0) + (4.0) + (4.0) / 4)<br>**= 4.250** | The overall numeric scores for each element are then averaged (in Excel) within each subfactor to produce an overall score for each of the three subfactors of Resources, Program Management, and Corporate Commitment<br><br>E.g., ((Mgt. Info. System score of 4.250) + (EVMS score of 4.000) + (Quality Controls score of 4.500) / 3 = Program Management score of 4.250. | The three subfactor scores are then averaged in a weighted calculation to produce the BCP Average Evaluation Score.<br>Resources = 50%<br>Program Management = 30%<br>Corporate Commitment = 20%<br><br>Thus, ((Resources score * .5) + (Program Mgt. score * .3) + (Corp. Comm. score * .2) = **BCP Average Evaluation Score** | BCP Rank Order Based on Comparison of BCP Average Evaluation Scores (1 - 62) |

Tradeoff Analyses

| **(Q6)** Weighted BCP-PP Average Evaluation Score Calculation (rounded to three decimal places) | Overall Technical Rank Order | **(Q9)** Adjectival Ratings Assigned to BCP Subfactors | Tradeoff Analyses |
| --- | --- | --- | --- |
| Past Performance (PP) Evaluation Consensus Score<br>+<br>Basic Contract Plan (BCP) Average Evaluation Score<br>/ 2 =<br>**Weighted BCP-PP Average Score** | The Weighted BCP-PP Average Score for each offeror was compared to generate a rank order based on overall technical quality (1 - 62). | Adjectival ratings are re-assigned to the three Basic Contract Plan subfactors based on the numeric overall subfactor scores on the following basis:<br><br>4.5 - 5.0 = EH<br>3.5 - 4.499 = S<br>2.5 - 3.499 = A<br>1.5 - 2.499 = M<br>< 1.5 = L/N | Adjectival Ratings for the five Past Performance subfactors and the three Basic Contract Plan subfactors are compared among offerors in tradeoff analyses (additional inputs to the tradeoff analyses depicted on the following chart) |

# Overview


Extensive narrative, strengths, weaknesses and attributes for BCP, PP and Cost/Price
Relative rank order for BCP, PP and Price
Final Adjectival ratings for factors, subfactors and elements
Total Evaluated Price
AWARD DECISION
Overall Technical Ranking
Comparison of final adjectival ratings at the subfactor level
Final cost technical tradeoff for the SSDM
Discriminators