**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SERCO, INC.:<br>CGI FEDERAL, INC.;<br>STG, INC.;<br>ARTEL, INC.;<br>ADVANCED TECHNOLOGY SYSTEMS, INC.;<br>APPTIS, INC.;<br>NORTEL GOVERNMENT SOLUTIONS, INC.;<br>and THE CENTECH GROUP, INC.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>INDUS CORP.;<br>STANLEY ASSOCIATES, INC.;<br>ELECTRONIC DATA SYSTEMS CORP.;<br>INTERNATIONAL BUSINESS MACHINES CORP.;<br>GENERAL DYNAMICS ONE SOURCE, LLC<br><br>Intervenor-Defendants. | ) | Case No. 07-691C, 07-732C,<br>07-741C, 07-747C, 07-760C,<br>07-761C, 07-766C, 07-771C<br>and 07-803C<br>(Judge Allegra)<br><br>Filed Electronically On:<br>January 31, 2008 |

**MEMORANDUM OF CASE LAW**

In response to the Court's Order of January 29, 2008, this Memorandum of Case Law by agreement is hereby submitted by counsel for Plaintiff Advanced Technology Systems, Inc. ("ATS") on behalf of all Plaintiffs. The Court is respectfully referred to the following list of five cases which research indicates are those responsive to the issue raised in the Order regarding the use of point scores carried to hundredths or thousandths of a point:

ICOS Corp. of America, 66 Comp. Gen. 246 (1987), 87-1 CPD P 146.

DDL Omni Engineering, B-220075, et al., 85-2 CPD P 684.

DynCorp, et al., B-257037, et al., 95-1 CPD P 34.

Training and Information Serv., Inc., B-225418, 87-1 CPD 266.

Beta Analytics Int'l., Inc. v. United States, 67 Fed. Cl. 384 (2005).

Dated: January 31, 2008

Respectfully submitted,

/s/Richard L. Moorhouse
GREENBERG TRAURIG, LLP
2101 L Street, N.W.
Suite 1000
Washington, D.C. 20037
Tel.: (202) 331-3111
Fax: (202) 261-0176

OF COUNSEL:
John G. Stafford
David T. Hickey
Sean M. Connolly
Emily C. Parker

**CERTIFICATE OF FILING**

I hereby certify that on January 31, 2008, a copy of the Memorandum of Case Law was filed electronically. I understand notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Richard L. Moorhouse
Richard L. Moorhouse