**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| SERCO INC., *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| UNITED STATES, | ) | Civil Action No. 07-00691 |
| Defendant, | ) | (Judge Allegra) |
| and | ) | |
| INDUS CORP., *et al.*, | ) | |
| Defendant-Intervenors. | ) | |

MOTION FOR LEAVE TO FILE OUT OF TIME

The defendant-intervenors, Electronic Data Systems Corporation and International Business Machines Corporation, respectfully request the Court grant leave to file out of time the attached joint Memorandum of Case Law in response to the Court's order of January 29, 2008.

Respectfully submitted,

/s/ Daniel R. Forman
Daniel R. Forman
Counsel of Record
Richard W. Arnholt

CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N..W.
Washington, D.C. 20004-2595
Tel. (202) 624-2500
Fax (202) 628-5116

Counsel for Electronic Data Systems Corporation

/s/ Thomas P. Humphrey
Thomas P. Humphrey
Counsel of Record
Puja Satiani
Brian T. McLaughlin
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel. (202) 624-2500
Fax (202) 628-5116

Counsel for IBM Corporation

Dated: February 1, 2008