**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | |
|---|---|
| SERCO INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>INDUS CORP., *et al.*,<br><br>Defendant-Intervenors. | Civil Action No. 07-00691<br><br>(Judge Allegra) |

MEMORANDUM OF CASE LAW

In response to the Court's order of January 29, 2008, defendant-intervenors Electronic Data Systems Corporation and Internal Business Machines Corporation, hereby jointly submit the following Memorandum of Case Law. The parties have discussed the substance of this filing with counsel for defendant, the United States. The parties refer the Court to the following cases responsive to the Court's order, as follows:

(1) Cases involving a procurement in which ratings to the hundredths or thousandths of a point were relied upon by the agency in making an award decision and in which the propriety of relying upon such ratings was discussed by the court

or Government Accountability Office:

*ICOS Corp. of America*, B-225392, Feb. 10, 1987, 87-1 CPD ¶ 146

*Training & Info. Serv., Inc.*, B-225418, Mar. 9, 1987, 87-1 CPD ¶ 266

(2) There are a significant number of cases involving a procurement in which ratings to the hundredths or thousandths of a point were relied upon by the agency in making an award decision but in which the propriety of the rating system's use of such decimals was not at issue. For instance:

*Beta Analytics Int'l, Inc. v. United States*, 67 Fed. Cl. 384 (2005)

*Arora Group, Inc. v. United States*, No. 04-366C, 2004 U.S. Claims LEXIS 267 (Fed. Cl. Aug. 31, 2004)

*Korrect Optical, Inc.*, B-299582.4, *et al.*, Sept. 7, 2007, 2007 CPD ¶ 177

*KPMG Consulting*, B-290716, Sept. 23, 2002, 2002 CPD ¶ 196

*Med. Info. Serv.*, B-287824, July 10, 2001, 2001 CPD ¶ 122

*Exec. Sec. & Eng'g Tech., Inc.*, B-270518, *et al.*, Mar. 15, 1996, 96-1 CPD ¶ 156

*DynCorp*. B-257037, Dec. 15, 1994, 95-1 CPD ¶ 34

*MR&S/AME*, B-250313, Mar. 19, 1993, 93-1 CPD ¶ 245

*Correa Enterprises, Inc.*, B-241912, Mar. 5, 1991, 91-1 CPD ¶ 249

*Mictronics, Inc.*, B-228404, Feb. 23, 1988, 88-1 CPD ¶ 185

*Consolidated Group*, B-220050, Jan. 9, 1986, 86-1 CPD ¶ 21

*DDL Omni Eng'g*, B-220075, *et al.*, Dec. 18, 1985, 85-2 ¶ 684

*Nat. Cap. Med. Found.*, B-215303.5, June 4, 1985, 85-1 CPD ¶ 637

Respectfully Submitted,

/s/ Daniel R. Forman
Daniel R. Forman
Counsel of Record
Richard W. Arnholt

CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel. (202) 624-2500
Fax (202) 628-5116

Counsel for EDS Corporation

/s/ Thomas P. Humphrey
Thomas P. Humphrey
Counsel of Record
Puja Satiani
Brian T. McLaughlin
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel. (202) 624-2500
Fax (202) 628-5116

Counsel for IBM Corporation

Dated: February 1, 2008

DCIWDMS: 5391_1