IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SERCO INC.; CGI FEDERAL INC.; STG, INC.; ARTEL, INC.; ADVANCED TECHNOLOGY SYSTEMS INC.; APPTIS INC.; NORTEL GOVERNMENT SOLUTIONS, INC.; and CENTECH GROUP INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

and

INDUS CORPORATION; ELECTRONIC DATA SYSTEMS CORPORATION; INTERNATIONAL BUSINESS MACHINES CORPORATION; GENERAL DYNAMICS ONE SOURCE, LLC.; and STANLEY ASSOCIATES, INC.,

Defendant-Intervenors.

BID PROTESTS
Consolid. Nos. 07-691C, -741C,-747C, -760C, -761C, -766C, -771C, -803C
(Judge Allegra)

**DEFENDANT'S NOTICE OF REQUESTED REDACTIONS**

Pursuant to ordering paragraph 5 of the Court's opinion dated March 3, 2008, defendant, the United States, respectfully requests the Court to redact all identifying information concerning any non-awardees from the public version of the opinion. We request these redactions because it is the policy and practice of the General Services Administration to treat the identities of unsuccessful offerors as confidential.

Specifically, in the color-coded chart reproduced at pages 17-18 of the opinion, the corporate names of CENTECH, TYBRIN, MacB, and all offerors in the red/pink portion of the chart should be redacted (unless any non-awardees who are plaintiffs in this litigation expressly

request that their own names not be redacted). Similarly, MacB's name should be redacted from footnote 44 on page 40; and the names of CENTECH, TYBRIN, and all of the offerors whose trade-off analyses are in Exhibits C-33 through C-62 should be redacted from Appendix B of the opinion, beginning at page 56.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/
MARTIN F. HOCKEY, JR.
Assistant Director

OF COUNSEL:
MICHAEL J. ETTNER
Senior Assistant General Counsel
Personal Property Division
Office of General Counsel
General Services Administration

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
ELIZABETH HOSFORD
JOHN TODOR
ANUJ VOHRA
Trial Attorneys
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Phone: (202) 616-0476
Fax: (202) 305-7644
E-mail: kyle.chadwick@usdoj.gov

Attorneys for Defendant

February 5, 2008

CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2008, this document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick