**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| SERCO INC., *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| UNITED STATES, | ) | Civil Action No. 07-00691 |
| Defendant, | ) | (Judge Allegra) |
| and | ) | |
| INDUS CORP., *et al.*, | ) | |
| Defendant-Intervenors. | ) | |

**DEFENDANT-INTERVENORS ELECTRONIC DATA SYSTEMS CORPORATION AND INTERNATIONAL BUSINESS MACHINES CORPORATION'S JOINT RESPONSE TO REQUEST FOR REDACTIONS AND REQUEST FOR CORRECTION OF COUNSEL OF RECORD**

Neither International Business Machines Corporation ("IBM") nor Electronic Data Systems Corporation ("EDS") have any requests for redactions from the Court's opinion dated March 3, 2008.

EDS does, however, respectfully request that, prior to publication, the counsel of record listed for EDS be changed from John E. McCarthy Jr. to Daniel R. Forman pursuant to EDS's December 5, 2007 motion.

Respectfully submitted,

/s/
Daniel R. Forman
Counsel of Record
Richard W. Arnholt

CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel. (202) 624-2500
Fax (202) 628-5116

Counsel for EDS Corporation

/s/
Thomas R. Humphrey
Counsel of Record
Puja Satiani
Brian T. McLaughlin
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel. (202) 624-2500
Fax (202) 628-5116

Counsel for IBM Corporation

Dated: March 5, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 5th day of March, 2008, a copy of the foregoing Motion by Electronic Data Systems Corporation and International Business Machines Corporation was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/_________________
Daniel R. Forman