IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SERCO, Inc., et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Nos. 07-691 C, 07-732 C, 07-741 C; 07- 747 C, 07-760 C,07-61 C; 07-761 C, 07-766 C, 07-771 C, 07-803 C |
| THE UNITED STATES, | ) | |
| Defendant. | ) | (Judge Francis Allegra) |

CONSOLIDATED-DEFENDANT INTERVENOR INDUS CORPORATION'S
NOTICE OF REQUESTED REDACTIONS

In accordance with the Court's Order of March 3, 2008, defendant intervenor Indus Corporation ("Indus") requests that the following material relating to Indus be redacted from the Court's Opinion in this matter.

1. Opinion, page 17. The source selection information relating to the Government's past performance, basic contract plan, weighted average score, technical rank order, and price rank order of Indus should be redacted. In addition, Indus requests that its total evaluated price be redacted as company proprietary as well as source selection information. It is our understanding that the Government has consistently withheld this information (including both source selection rankings and total evaluated prices) from the public relating both to awardees and non-awardees alike. Moreover, this information could be relevant to non-awardee competitors to the

prejudice of awardees if any subsequent competition or resubmission of final proposal revisions is necessary.

For the foregoing reasons, Indus requests that the material identified above is protected, and Indus requests that it be redacted in the public version of the Court's opinion.

Respectfully Submitted,

s/ William T. Welch

William T. Welch
Barton, Baker, McMahon & Tolle, LLP
1320 Old Chain Bridge Road, Suite 440
McLean, VA 22101
(703) 448-1810 tele
(703) 448-3336 fax

Dated: March 5, 2008

of Counsel:
John R. Tolle
Barton, Baker, McMahon & Tolle, LLP
1320 Old Chain Bridge Road, Suite 440
McLean, VA 22101

CERTIFICATE OF FILING

I hereby certify that on March 5, 2008, the attached document was electronically filed. I understand that service upon all parties is complete upon filing and that authorized parties may access the filing through the Court's CM/ECF system.

s/ William T. Welch