IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SERCO INC.; CGI FEDERAL INC.; STG, INC.; ARTEL, INC.; ADVANCED TECHNOLOGY SYSTEMS INC.; APPTIS INC.; NORTEL GOVERNMENT SOLUTIONS, INC.; and CENTECH GROUP INC., | |
| Plaintiffs, | |
| v. | BID PROTESTS<br>Consolid. Nos. 07-691C, -741C,-747C, -760C, -761C, -766C, -771C, -803C<br>(Judge Allegra) |
| THE UNITED STATES, | |
| Defendant, | |
| and | |
| INDUS CORPORATION; ELECTRONIC DATA SYSTEMS CORPORATION; INTERNATIONAL BUSINESS MACHINES CORPORATION; GENERAL DYNAMICS ONE SOURCE, LLC.; and STANLEY ASSOCIATES, INC., | |
| Defendant-Intervenors. | |

**DEFENDANT'S SUPPLEMENTAL NOTICE OF REQUESTED REDACTIONS**

Pursuant to ordering paragraph 5 of the Court's opinion dated March 3, 2008, defendant, the United States, respectfully requests the Court to redact all discussions of the procuring agency's source-selection plan from the public version of this opinion.[1] We request these redactions because the agency's source selection plan contains confidential information relating to the procurement that is especially sensitive given that the Government is considering a variety

[1] Earlier today we filed a "Notice of Requested Redactions," requesting that the Court redact all identifying information concerning non-awardees in the public version of its opinion. The proposed redactions we identify herein are requested in addition to those proposed in our earlier filing.

of options to comply with the directions set forth in the Court's opinion, including the possibility of re-evaluation or re-award. Source selection information is specifically protected from disclosure under Federal Acquisition Regulation 3.104-4.

The Government's requested redactions are identified on the selected pages from the Court's opinion attached hereto as Exhibit A.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Martin F. Hockey Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

OF COUNSEL:
MICHAEL J. ETTNER
Senior Assistant General Counsel
Personal Property Division
Office of General Counsel
General Services Administration

s/Kyle Chadwick by Anuj Vohra
KYLE CHADWICK
Senior Trial Counsel
ELIZABETH HOSFORD
JOHN TODOR
ANUJ VOHRA
Trial Attorneys
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Phone: (202) 616-0476
Fax: (202) 305-7644
E-mail: kyle.chadwick@usdoj.gov

March 5, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2008, this document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Anuj Vohra